# NOTICE OF REMOVAL

# Exhibit "B"

# ALABAMA UNIFORM TRAFFIC CRASH REPORT

AST-27
REV 06/08
Sheet 1

Check if Amendment ☐
Check if Error Correction ☑

Crash Report Case No: 1683236
Local Case No: STATE PROPERTY

| # Vehicles | # Pedestrians | # Injured | # Fatalities | # Unit 1 Type | Unit 2 Type |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 7 | 97 |

## LOCATION AND TIME

| Date | | | Time | Day of Week | County | City | Rural | Local Zone |
|---|---|---|---|---|---|---|---|---|
| Month 07 | Day 26 | Year 2021 | 12:30 AM | Mon | Greene | Rural Greene | ✓ | N/A |

| Hwy Class | On Street Road Highway | At Intersection of or Between (Node 1) | And (Node 2) |
|---|---|---|---|
| 1 | I-59 | CR-133 | CR-131 |

| (On) Street/Road/Hiway <--- Code | 7314 | 1 2 <--- ---> Node Code | 7323 | 1774 00 Feet | From Node 1 |
|---|---|---|---|---|---|
| I059 | | | | | |

| Mile Post | Control Access Hwy Loc | Primary Contrib Circums | Primary Contributing Unit # | First Harmful Event | First Harmful Event Location | Most Harmful Event |
|---|---|---|---|---|---|---|
| 36.8 | 1 | 55 | 1 | 42 | 2 | 42 |

| Distance to Fixed Object | Roadway Junction/ Feature | Manner of Crash | Lat Coordinate | Long Coordinate | Coordinate Type | Hwy Side |
|---|---|---|---|---|---|---|
| 5 feet | 1 | 2 | 32° 49' 53.268" N | 87° 58' 31.896" W | 1 | 1 |

| School Bus Related | Crash Severity | Distracted Driving |
|---|---|---|
| 1 | O | 55 |

## UNIT NO 1

### DRIVER

Driver Full Name: KURT THOMAS MACALUSO

| DOB Month | Day | Year | Race | Sex | DL State | Driver License No | DL Class | DL Status | Restrict Violations | CDL Status | Endorse Violations |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 1 | 1 | TX | | A | C | 97 | C | 97 |

Place of Employment: SENIOR MOVING COMPANY - DALLAS, TX
Residence Less Than 25 Miles: No

| Liability Insurance Co | Liability Policy No | Insurance NAIC Number |
|---|---|---|
| OLD REPUBLIC INSURANCE COMPANY | MWTB311325 | N/A |

| Driver Condition | Sobriety/Officer Opinion | Alcohol | Type Alcohol Test Given | Alcohol Test Results | Type Drug Test Given | Drug Test Results | Maneuver |
|---|---|---|---|---|---|---|---|
| 5 | Drugs | No / No | 6 | N/A | 4 | 97 | 1 |

| Most Harmful Event for MV | Travel Road Name | Road Code | Travel Direction | Unit Contributing Circumstance | Total Injuries in Unit |
|---|---|---|---|---|---|
| 42 | I-59 | I059 | 1 | 55 | 0 |

| Sequence of Events | Event 1 | Event 2 | Event 3 | Event 4 | First Harmful Event Location |
|---|---|---|---|---|---|
| | 3 | 42 | 97 | 97 | 1 |

### VEHICLE

| Veh Year | Make | Veh Model | Body | VIN | Areas Damaged | Under Carriage |
|---|---|---|---|---|---|---|
| 2020 | INTL | 97 | 97 | 3HAEUMML3LL552228 | 14 | |

| Owner's Name | License Tag Number | State | Year |
|---|---|---|---|
| PENSKE TRUCK LEASING CO LP | MGB4889 | TX | 2021 |

| Street or R F D | City | State | Zip |
|---|---|---|---|
| ROUTE 10 GREEN HILLS | READING | PA | 19603 |

| Type | Usage | Emergency Status | Placard Status | Placard Required | Hazardous Cargo | Hazardous Cargo Released? |
|---|---|---|---|---|---|---|
| 7 | 6 | 97 | 3 | 2 | 1 | 97 |

| Attachment | Oversized Load | If Yes Did Owner Have Permit? | Contrib Defect | Speed Limit | Est Speed | Citation Offense(s) Charged |
|---|---|---|---|---|---|---|
| 1 | No | N/A | 1 | 70 MPH | 60 MPH | None |

| Damage Severity | Towed? | Vehicle Towed By Whom |
|---|---|---|
| 4 | 1 | SELLERS WRECKER AND REPAIR (ROT) |

Towed To Where: SELLERS SHOP - EUTAW, AL

Point of Initial Impact: 11

Totaled: 16
Attachment: 15
97, N/A

## Seating Position Codes

2  4 or 6 Passenger
9 Passenger (add)
12 Passenger (add)
Bicycle Motorcycle ATV
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ of Non-Motorized Vehicle
15 - Passenger of Bus
16 - Not in Passenger Compartment
97 - Not Applicable
98 - Other (Explain)
99 - Unknown

| 2 | 3 |
| 4 | 6 |

| 8 | 9 |

| 17 | 18 | 19 |

| 10 |
| 11 |

## UNINJURED OCCUPANTS

| Unit No | Seat Pos | Occ Type | Safety Equip | Air-bag | Age Code | Sex | Ejection | Birth Date | Unit No | Seat Pos | Occ Type | Safety Equip | Air | Age Code | Sex | Ejection | Birth Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 2 | 1 | 8 | 1 | 1 | | | | | | | | | | |

# DIAGRAM



NOT TO SCALE

NORTHBOUND LANES ONLY

## NARRATIVE

V1 WHICH IS A PENSKE TRUCK WAS TRAVELLING NORTH ON I-59 IN THE RIGHT LANE. THE DRIVER OF V1 FELL ASLEEP WHILE OPERATING HIS VEHICLE. V1 LEFT THE ROADWAY OFF THE LEFT SHOULDER AND COLLIDED WITH THE CABLE BARRIER. V1 WAS STILL WEDGED IN THE CABLE BARRIER WHEN TROOPER SMITH ARRIVED.

## ROADWAY ENVIRONMENT

| Unit No | Involved Road/Bridge | Road Surface Type | Roadway Condition | Workzone Related? | Workzone Type | Workers Present? | Workzone Law Enforcement Present? | Contributing Circumstances Environment | Contrib Matl In Roadway |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 97 | NotApplicable | 97 | 1 | 1 |

| Contrib Material Source | Rdway Curve & Grade | Vision Obscured By | Traffic Control | Traffic Control Functioning | Opposing Lane Separation | Trafficway Lanes | Turn Lanes | One-Way Street | Total # Occupants In Unit | Total # Injured in Unit | Total # Killed in Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 1 | 1 | 1 | 97 | 8 | 4 | 1 | No | 1 | 0 | 0 |

| Total Number of Units | Light | Weather | Locale | Police Present? | DOT Railroad Crossing |
|---|---|---|---|---|---|
| 1 | 4 | 1 | 1 | No | No  N/A |

## INVESTIGATION

Name of Photographer: N/A

Time Police Notified: 05:45 AM
Time Police Arrived: 06:40 AM
Time EMS Arrived: N/A
EMS Response Run #: N/A

Name of Investigating Officer: Clarence James Smith
Officer ID: 1989
Agency ORI: ALDPS63C0

Name of Investigating Officer:
Officer ID:
Agency ORI:

The data on this report reflects the best knowledge, opinion, and belief regarding the crash but no warrant is made as to the factual accuracy thereof

### Property Damage Description

Description: CABLE BARRIER
Address: CARROLLTON, AL 35447
Owner: ALABAMA DEPARTMENT OF TRANSPORTATION
Telephone: (205) 367-8746

Non-Vehicular Property Damage Seven: 3

Unit No  1
(same as on main report)

# ALABAMA UNIFORM TRAFFIC CRASH REPORT
## Truck/Bus Supplemental Sheet

AST-27B Rev 06/08

### General Instructions

*Complete this form each qualifying vehicle ONLY if the crash meets BOTH of the Following criteria*

1. The crash involved a qualifying vehicle (a truck with a gross vehicle weight rating (GVWR) or a gross combination weight rating (GCWR) of more than 10,000 pounds, or Haz/Mat placard or a vehicle designed to carry nine 9 or more, including driver) and

2. The crash resulted in at least one of the following. **A.** one or more fatalities **B.** one or more persons injured and taken from the scene for immediate medical attention or **C.** one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave

### Screening Information

*Number of Qualifying Vehicles:*

Trucks with GVWR or GCWR of more than 10,000 pounds or Haz/Mat placard  1

Buses designed to carry 9 or more (including driver)  0

*Number of Persons*

Sustaining fatal injuries  0

Transported for *immediate* medical treatment  0

Number of vehicles towed from scene due to damage  1

### Vehicle Information

*Weight Rating of Power Unit of the Truck*

2 - 10,001 - 26,000 pounds

*Hazardous Material Involvement*

Did vehicle have a Haz/Mat placard? ☐
If Yes include following information from placard
A  Name or 4-digit number from Diamond or box _____
B  The 1-digit number from bottom of diamond _____
Was hazardous material released from THIS vehicle's cargo? ☐

*Vehicle Configuration*
5 - Single unit truck (2 axles / 6 or more tires)

*Bus Usage*
1 - Not a bus

*Cargo Body Type*
3 - Van / enclosed box

*Cargo Type*
1 - None

### Motor Carrier Information

NOTE If NOT a motor carrier, enter NONE under Carrier Name. 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name  SENIOR MOVING COMPANY
Carrier Phone
Carrier Mailing Address (Street or P O Box)  3221 GARDEN BROOK DR
City, State, Zip  FARMERS BRANCH, TX 75234

*None = 0)*

Motor Carrier Type  1 - Interstate carrier

US DOT  1630504          ICC MC  N/A          STATE NO.  N/A
STATE            OTHER COUNTRY AUTHORITY          COUNTRY  N/A

### Sequence of Events

NOTE: for THIS vehicle -- list up to four   Event #1  1   Event #2  18   Event #3  97   Event #4  97

**EVENT CODES**

Non-Collision
1. Ran off road   2. Jackknife   3. Overturned (rollover)   4. Downhill runaway
5. Cargo loss or shift   6. Explosion or fire   7. Separation of units   8. Cross median/centerline
9. Equipment Failure (brake failure, blown tires, etc.)   10. Other non-collision   11. Unknown

Collision with
12. Pedestrian   13. Motor Vehicle in Transport   14. Parked Motor Vehicle   15. Train
16. Pedalcycle   17. Animal   18. Fixed object   19. Work Zone Maintenance equipment
20. Other movable object   21. Unknown movable object

Not applicable   97. Not applicable

## Definitions

### Truck
A motor vehicle designed, used or maintained primarily for the transportation of property. For the purpose of this form the vehicle must also meet one of the following criteria
* Have a GVWR or a GCWR of more than 10,000 pounds, **or**
* Carry a Hazardous Material Placard

### Bus
A motor vehicle providing seats for 9 or more persons including the driver and used primarily for the transportation of persons.

### Trailer
A non-power vehicle towed by a motor vehicle.

### Reportable Crash
A highway related incident normally investigated by a police officer and reported on a standard crash report form involving one or more trucks or buses (as defined here) which results in
* One or more fatalities, **or**
* One or more non-fatal injuries requiring transportation for the purpose of obtaining immediate medical treatment, **or**
* One or more of the vehicles being removed from the scene as a result of disabling damage **or**
* One or more of the vehicles requiring intervening assistance before proceding under its own power



## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Report Header | Unit Type | 7 | Single-unit truck (2 axles) | Driver | Travel Direction |  | North |
| Report Header | Unit Type | 97 | Not applicable | Vehicle | Attachment |  | None |
| Location And Time | Contributing Circumstance | 55 | Fatigued / asleep | Vehicle | Body | 97 | Not applicable - not passenger car, personal van, or SUV |
| Location And Time | Contributing Unit | 10 | Unit 1 | Vehicle | Citation Offense | 99 | None |
| Location And Time | Controlled Access Highway Location |  | Main road | Vehicle | Damage Severity |  | Major - disabled |
| Location And Time | Coordinate Status | Known | Known | Vehicle | Defect |  | None |
| Location And Time | Coordinate Type |  | From computerized map | Vehicle | Emergency Status | 97 | Not applicable |
| Location And Time | Crash Manner | 2 | Single vehicle crash (all types) | Vehicle | Estimated Speed Code |  | Not set |
| Location And Time | Crash Severity | O | Property damage only | Vehicle | Hazardous Cargo |  | None |
| Location And Time | Distance Node Unit | 10 | Feet | Vehicle | Hazardous Cargo Release Type | 97 | Not applicable |
| Location And Time | Distracted Driving | 55 | Fatigued / asleep | Vehicle | K12 Child Going To Or From School | 0 | Not Set |
| Location And Time | Harmful Event | 42 | Collision with cable barrier | Vehicle | Make | INTL | International Harvester / Transtar |
| Location And Time | Highway Classification |  | Interstate | Vehicle | Non-Motorist Action | 0 | Not Set |
| Location And Time | Highway Side |  | Northbound | Vehicle | Non-Motorist Location | 0 | Not Set |
| Location And Time | Roadway Feature |  | No special feature | Vehicle | Oversized Load | No | No |
| Location And Time | School Bus Related |  | No school bus involved | Vehicle | Oversized Load Permit | N/A | NotApplicable |
| Location And Time | Time Display Format | 10 | Standard | Vehicle | Owner Address Code | 0 | Not Set |
| Driver | Alcohol Test Type | 6 | No Test Given | Vehicle | Owner Name Code |  | Not Set |
| Driver | Commercial Driver License Status | C | Current / valid | Vehicle | Placard Requirement |  | No |
| Driver | Contributing Circumstance | 55 | Fatigued / asleep | Vehicle | Placard Status |  | Not applicable (placard not required) |
| Driver | Driver Address Code | 0 | Not Set | Vehicle | Tag Number |  | Not set |
| Driver | Driver Condition | 5 | Asleep, fainted, fatigued, etc | Vehicle | Tag State | 0 | Not set |
| Driver | Driver License Class Code | 0 | Not set | Vehicle | Tag Year | 0 | Not set |
| Driver | Driver License Endorsement | 97 | Not applicable | Vehicle | Tow Status |  | Towed due to disabling damage |
| Driver | Driver License Number | 0 | Not set | Vehicle | Towed Code | 0 | Not Set |
| Driver | Driver License Restriction | 97 | Not applicable | Vehicle | Unit Type | 7 | Single-unit truck (2 axles) |
| Driver | Driver License State Code | 0 | Not set | Vehicle | Usage | 6 | Cargo Transportation |
| Driver | Driver License Status | C | Current / valid | Vehicle | VIN | 0 | Not set |
| Driver | Driver Name Code | 0 | Not Set | Vehicle | Year |  | Not set |
| Driver | Drug Test Result | 97 | Not applicable | Uninjured Occupants | Age Code | 8 | 26 - 64 |
| Driver | Drug Test Type | 4 | No test given | Uninjured Occupants | Airbag |  | Not installed |
| Driver | Gender |  | Male | Uninjured Occupants | Birth Date Code | 0 | Not Set |
| Driver | Harmful Event | 42 | Collision with cable barrier | Uninjured Occupants | Ejection Status |  | Not ejected or trapped |
| Driver | Liability Ins. Policy Code | 0 | Not Set | Uninjured Occupants | Gender |  | Male |
| Driver | Liability Insurance NAIC Number Code | N/A | Not Applicable | Uninjured Occupants | Occupant Type |  | Driver |
| Driver | Maneuver |  | Movement essentially straight | Uninjured Occupants | Safety Equipment | 2 | Shoulder and lap belt used |
| Driver | Phone Number Code | 0 | Not Set | Roadway Environment | Environmental Contributing Circumstance |  | None apparent |
| Driver | Place of Employment |  | Not Set | Roadway Environment | Light Condition | 4 | Dark, roadway not lighted |
| Driver | Race |  | White / Caucasian | Roadway Environment | Locale |  | Open country |
| Driver | Residence Within 25 Miles | No | No | Roadway Environment | Opposing Lane Separation | 8 | Cable barrier |

## LEGEND

| Location | Category | Code | Description |
|---|---|---|---|
| Roadway Environment | Road Bridge Condition |  | None apparent |
| Roadway Environment | Road Surface Type |  | Asphalt |
| Roadway Environment | Roadway Condition |  | Dry |
| Roadway Environment | Roadway Curvature And Grade |  | Straight, level |
| Roadway Environment | Roadway Material |  |  |
| Roadway Environment | Roadway Material Source | 97 | Not applicable |
| Roadway Environment | Traffic Control |  | No controls present |
| Roadway Environment | Traffic Control Status | 97 | Not applicable |
| Roadway Environment | Trafficway Lane Count |  | Four lanes |
| Roadway Environment | Turn Lane Presence |  | None |
| Roadway Environment | Vision Obscuration |  | Not obscured |
| Roadway Environment | Weather Condition |  | Clear |
| Roadway Environment | Workzone Law Enforcement Presence | 97 | Not applicable |
| Roadway Environment | Workzone Relationship |  | Not in / related to workzone |
| Roadway Environment | Workzone Type | 97 | Not applicable |
| Investigation | Non-Vehicular Property Damage Severity |  | Moderate (between $500 and $10,000) |
| Truck/Bus Supplement | Bus Usage |  | Not a bus |
| Truck/Bus Supplement | Cargo Body Type |  | Van / enclosed box |
| Truck/Bus Supplement | Cargo Type |  |  |
| Truck/Bus Supplement | Carrier Address Code | 0 | Not Set |
| Truck/Bus Supplement | Carrier Name Code | 0 | Not Set |
| Truck/Bus Supplement | Carrier Phone Code | 0 | Not Set |
| Truck/Bus Supplement | Country Number Code | N/A | Not applicable |
| Truck/Bus Supplement | ICCMC Number Code | N/A | Not applicable |
| Truck/Bus Supplement | Motor Carrier Type | 1 | Interstate carrier |
| Truck/Bus Supplement | State Number Code | N/A | Not applicable |
| Truck/Bus Supplement | USDOT Number Code | 0 | Not Set |
| Truck/Bus Supplement | Vehicle Configuration | 5 | Single unit truck (2 axles / 6 or more tires) |
| Truck/Bus Supplement | Weight Rating |  | 10,001 - 26,000 pounds |