FILED
 2022 Feb-28  AM 10:44
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# NOTICE OF REMOVAL

# Exhibit "C"

# ALABAMA UNIFORM TRAFFIC CRASH REPORT

AST-27
REV 06/08
Sheet 1

Check if Amendment: ☐
Check if Error Correction: ☑

| # Vehicles | # Pedestrians | # Injured | # Fatalities | # Unit 1 Type | Unit 2 Type |
|---|---|---|---|---|---|
| 3 | 0 | 2 | 2 | 6 | 6 |

Crash Report Case No: 1683785
Local Case No:
FATALITY / THI

## LOCATION AND TIME

| Date | | | Time | Day of Week | County | City | Rural | Local Zone |
|---|---|---|---|---|---|---|---|---|
| Month 07 | Day 26 | Year 2021 | 10:05 AM | Mon | Greene | Rural Greene | ☑ | N/A |

Hwy Class: 1
On Street Road Highway: I-59
At Intersection of or Between (Node 1): CR-133
And (Node 2): CR-131

(On) Street/Road/Hwy Code: I059 <--- 7314
Node Code: 1 2 <--- ---> 7323
215 00 Feet
From Node 1

Mile Post: 36 5
Control Access Hwy Loc: 1
Primary Contrib Circums: 6
Primary Contributing Unit #: 1
First Harmful Event: 22
First Harmful Event Location: 1
Most Harmful Event: 22

Distance to Fixed Object: N/A feet
Roadway Junction/Feature:
Manner of Crash: 7
Lat Coordinate: 32° 49' 45.599" N
Long Coordinate: 87° 58' 44.255" W
Coordinate Type: 1
Hwy Side: 1

School Bus Related: 1
Crash Severity: K
Distracted Driving: 97

---

## UNIT 1

☐ LEFT SCENE
☐ COM VEH
☑ VEHICLE or ☐ NON MOTORIST

### DRIVER
Driver Full Name: WYATT DALTON DAVIS
DOB: Month / Day / Year
Race: 1  Sex: 1  DL State: MS  Driver License No: ___
DL Class: R  DL Status: C  Restrict Violations: 97  CDL Status: 97  Endorse Violations: 97

Place of Employment: Self
Residence Less Than 25 Miles: No

Liability Insurance Co: FARM BUREAU
Liability Policy No: A30459149
Insurance NAIC Number: Unk

Driver Condition: 1
Sobriety/Officer Opinion: Drugs
Alcohol: No  Drugs: No
Type Alcohol Test Given: 1
Alcohol Test Results: Unk
Type Drug Test Given: 1
Drug Test Results: 99
Maneuver: 1

### VEHICLE
Most Harmful Event for MV: 22
Travel Road Name: I-59
Road Code: I059
Travel Direction: 1
Unit Contributing Circumstance: 6
Total Injuries in Unit: 1

Sequence of Events: 22
Event 1: 22
Event 2: 1
Event 3:
Event 4: 11
First Harmful Event Location: 1

Areas Damaged Are Shaded: 14  Under Carriage

Veh Year: 2007  Make: JEEP  Veh Model: WRANGLER  Body: 4
VIN: 1J4GA59157L212349

Owner's Name: Same
License Tag Number: PRF5627  State: MS  Year: 2021

Street or R F D: Same

Type: 6  Usage: 1  Emergency Status: 97  Placard Status: 3  Placard Required: 97  Hazardous Cargo: 97  Hazardous Cargo Released?: 97

Attachment: 1  Oversized Load: N/A  If Yes, Did Owner Have Permit?: N/A  Contrib Defect: 1  Speed Limit: 70 MPH  Est Speed: 85 MPH  Citation Offense(s) Charged: None

Totaled

Damage Severity: 4  Towed?: 1  Vehicle Towed By Whom: 3B WRECKER SERVICE (ROT)
Towed To Where: LOCAL LOT

Point of Initial Impact: 12

---

## UNIT 2

☐ LEFT SCENE
☐ COM VEH
☑ VEHICLE or ☐ NON MOTORIST

### DRIVER
Driver Full Name: FREDRICK LEVON PAYNE
DOB: Month / Day / Year
Race: 2  Sex: 1  DL State: AL  Driver License No: ___
DL Class: D  DL Status: C  Restrict Violations: 97  CDL Status: 97  Endorse Violations: 97

Place of Employment: Unemployed
Residence Less Than 25 Miles: No

Liability Insurance Co: Direct General
Liability Policy No: alpd273202230
Insurance NAIC Number:

Driver Condition: 1
Sobriety/Officer Opinion: Drugs
Alcohol: No  Drugs: No
Type Alcohol Test Given: 1
Alcohol Test Results: Unk
Type Drug Test Given: 1
Drug Test Results: 99
Maneuver: 15

### VEHICLE
Most Harmful Event for MV: 22
Travel Road Name: I-59
Road Code: I059
Travel Direction: 1
Unit Contributing Circumstance: 97
Total Injuries in Unit: 3

Sequence of Events: 22
Event 1: 22
Event 2: 97
Event 3: 97
Event 4: 97
First Harmful Event Location: 1

Areas Damaged Are Shaded: 14  Under Carriage

Veh Year: 2020  Make: HOND  Veh Model: HR-V LX FWD  Body: 4
VIN: 3CZRU5H31LM713069

Owner's Name: LINDA BOYD
License Tag Number: N/L  State: 96  Year: 96

Street or R F D:

Type: 6  Usage: 1  Emergency Status: 97  Placard Status: 3  Placard Required: 97  Hazardous Cargo: 97  Hazardous Cargo Released?: 97

Attachment: 1  Oversized Load: N/A  If Yes, Did Owner Have Permit?: N/A  Contrib Defect: 1  Speed Limit: 70 MPH  Est Speed: 000 MPH  Citation Offense(s) Charged: None

Totaled

Damage Severity: 4  Towed?: 1  Vehicle Towed By Whom: 3B WRECKER SERVICE (ROT)
Towed To Where: LOCAL LOT

Point of Initial Impact: 6

## Unit 3

**Driver Full Name:** LIM JONG WOO
**DOB:** Month / Day / Year
**Race:** 4
**Sex:** 1
**DL State:** CA
**Driver License No:** [redacted]
**DL Class:** A
**DL Status:** C
**Restrict Violations:** 97
**CDL Status:** C
**Endorse Violations:** 97

**Place of Employment:** BEYOND TRANSPORTATION - LOS ANGELES, CA
**Residence Less Than 25 Miles:** No

**Liability Insurance Co:** ACORD
**Liability Policy No:** TP433090401
**Insurance NAIC Number:** Unk

**Driver Condition:** 1
**Sobriety/Officer Opinion:** Alcohol No / Drugs No
**Type Alcohol Test Given:** 6
**Alcohol Test Results:** N/A
**Type Drug Test Given:** 4
**Drug Test Results:** 97
**Maneuver:** 15

**Most Harmful Event for MV:** 22
**Travel Road Name:** I-59
**Road Code:** I059
**Travel Direction:** 1
**Unit Contributing Circumstance:** 97
**Total Injuries in Unit:** 0

**Sequence of Events:** 22
**Event 1:** 22
**Event 2:** 97
**Event 3:** 97
**Event 4:** 97
**First Harmful Event Location:** 1

**Veh Year:** 2014
**Make:** VOLV
**Veh Model:** TT
**Body:** 97
**VIN:** 4V4NC9EJ6EN160045

**Owner's Name:** BEYOND TRANSPORTATION
**License Tag Number:** XP01553
**State:** CA
**Year:** 2022

**Street or RFD:** 688 S BERENDO ST #706
**City:** LOS ANGELES
**State:** CA
**Zip:** 90005

**Type:** 11
**Usage:** 6
**Emergency Status:** 97
**Placard Status:** 3
**Placard Required:** 2
**Hazardous Cargo:** 1
**Hazardous Cargo Released?:** 97

**Attachment:** 4
**Oversized Load:** No
**If Yes Did Owner Have Permit?:** N/A
**Contrib Defect:** 1
**Speed Limit:** 70 MPH
**Est Speed:** 000 MPH
**Citation Offense(s) Charged:** None

**Damage Severity:** 2
**Towed?:** 3
**Vehicle Towed By Whom:** 97
**Towed To Where:** 97

**Areas Damaged:** 14 (Under Carriage)
**Point of Initial Impact:** 15

### Seating Position Codes

- 2, 4 or 6 Passenger: 1 2 3 / 4 5 6
- 9 Passenger (add): 7 8 9
- 12 Passenger (add): 17 18 19
- Bicycle Motorcycle ATV: 10 / 11
- 12 - Pedestrian
- 13 - Rider of Domestic Animal
- 14 - Occ of Non-Motorized Vehicle
- 15 - Passenger of Bus
- 16 - Not in Passenger Compartment
- 97 - Not Applicable
- 98 - Other (Explain)
- 99 - Unknown

### UNINJURED OCCUPANTS

| Unit No | Seat Pos | Occ Type | Safety Equip | Air bag | Age Code | Sex | Ejection | Birth Date | Unit No | Seat Pos | Occ Type | Safety Equip | Air bag | Age Code | Sex | Ejection | Birth Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 1 | 2 | 1 | 8 | 1 | 1 | [redacted] | | | | | | | | | |

### VICTIMS  N/A ☐

| Name | Unit No | Seat Pos | Occ Type | Safety Equip | Air bag | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|
| WYATT DALTON DAVIS | 1 | 1 | 1 | 2 | 5 | 3 | 7 | 1 | 1 | 1 |

Taken To: DCH HOSPITAL
Taken By: GREENE COUNTY EMS
Medical Facility: EMS ground

| Name | Unit No | Seat Pos | Occ Type | Safety Equip | Air bag | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|
| FREDRICK LEVON PAYNE | 2 | 1 | 1 | 2 | 14 | 3 | 8 | 1 | 1 | 1 |

Taken To: DCH HOSPITAL
Taken By: GREENE COUNTY EMS
Medical Facility: EMS ground

| Name | Unit No | Seat Pos | Occ Type | Safety Equip | Air bag | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|
| MYRTLE RUTH PAYNE | 2 | 3 | 2 | 2 | 14 | 1 | 8 | 2 | 1 | 97 |

Taken To: MCINNIS FUNERAL HOME
Taken By: GREENE COUNTY CORONER
Medical Facility: Not Applicable

| Name | Unit No | Seat Pos | Occ Type | Safety Equip | Air bag | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|---|---|
| LINDA ANN PAYNE | 2 | 6 | 2 | 2 | 14 | 1 | 8 | 2 | 3 | 97 |

Taken To: MCINNIS FUNERAL HOME
Taken By: GREENE COUNTY CORONER
Medical Facility: Not Applicable

## DIAGRAM



NORTHBOUND LANES ONLY

NOT TO SCALE

## NARRATIVE

V1, V2 AND V3 WERE TRAVELING NORTH ON I-59. ALL THREE VEHICLES WERE IN THE RIGHT LANE. TRAFFIC WAS STOPPED DUE TO A PREVIOUS CRASH. V3 WAS STOPPED IN THE RIGHT LANE AND V2 WAS STOPPED BEHIND V3. V1 APPROACHED FROM THE REAR AND CRASHED INTO V2. AFTER IMPACT, V2 WAS PUSHED TO THE LEFT AND WENT UP BESIDE V3. AFTER STRIKING V2, V1 ALSO STRUCK THE TRAILER OF V3. V1 THEN TRAVELED OFF OF THE LEFT SIDE OF THE ROADWAY AND OVERTURNED.

THE FRONT SEAT PASSENGER AND REAR SEAT PASSENGER OF V2 WERE FATALLY INJURED DURING THE CRASH. THE DRIVER OF V1 AND V2 WERE INJURED AND TRANSPORTED TO DCH HOSPITAL. THE DRIVER OF V3 WAS NOT INJURED.

THE DRIVER OF V1 STATED THAT HE SAW TRAFFIC SLOWING DOWN AND HIT HIS BRAKES. THE DRIVER OF V1 STATED THAT HIS BRAKES WOULDN'T STOP AND HE HIT V2. THERE WAS NO SIGNS OF BRAKING ON THE SCENE.

THE DRIVER OF V2 STATED THAT HE WAS STOPPED BEHIND V3 AND GOT HIT BY V1.

THE DRIVER OF V3 STATED THAT HE WAS STOPPED IN TRAFFIC AND V2 WAS STOPPED BEHIND HIM. THE DRIVER OF V3 STATED THAT AROUND 30 SECONDS LATER, V1 HIT BOTH OF THEM.

WITNESS #1 STATED THAT SHE SAW A GREY JEEP TRAVELING VERY FAST AND IT APPEARED THAT THE JEEP TRIED TO CHANGE LANES. WITNESS #1 STATED THAT SHE THEN SAW A CLOUD OF SMOKE AND THEN SAW A BODY FLYING THROUGH THE AIR.

WITNESS #2 STATED THAT HE SAW A JEEP (V1) HIT A CAR (V2). WITNESS #2 STATED THAT AFTER THE JEEP HIT THE CAR, THE CAR WENT TO THE LEFT AND THE JEEP HIT THE BACK OF THE SEMI (V3) AND THEN FLIPPED TO THE RIGHT SIDE OF THE ROADWAY. WITNESS #2 STATED THAT WHEN THE JEEP HIT THE CAR, HE SAW A BODY FLY OUT OF THE CAR.

DEATH NOTIFICATION WAS MADE TO JAMES BOYD, HUSBAND OF LINDA PAYNE AND BROTHER IN LAW OF MYRTLE PAYNE. THE NOTIFICATION WAS MADE AT 11:50 AM BY TROOPER DUKE ON THE SCENE.

THE GREENE COUNTY CORONER, RANDAL SMITH, PRONOUNCED LINDA PAYNE DEAD ON THE SCENE AT 10:45 AM. SMITH PRONOUNCED MYRTLE PAYNE DEAD ON THE SCENE AT 10:55 AM.

BOTH FATALITY VICTIMS WERE TAKEN TO MCINNIS FUNERAL HOME BY THE GREENE COUNTY CORONER. THE GREENE COUNTY CORONER STATED THAT HE WOULD TRANSPORT THE FATALITY VICTIMS TO FORENSICS IN MONTGOMERY ALABAMA FOR AN AUTOPSY.

## NARRATIVE

INVESTIGATOR COLE BASINGER WITH THE 17TH JUDICIAL DISTRICT ATTORNEY'S OFFICE REQUESTED THAT AN AUTOPSY BE PERFORMED ON THE FATALITY VICTIMS.

***THIS REPORT IS SUBJECT TO UPDATES AND AMENDMENTS AS MORE INFORMATION BECOMES AVAILABLE ***

## ROADWAY ENVIRONMENT

| Unit No | Involved Road/Bridge | Road Surface Type | Roadway Condition | Workzone Related? | Workzone Type | Workers Present? | Workzone Law Enforcement Present? | Contributing Circumstances Environment | Contrib Matl In Roadway |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 97 | NotApplicable | 97 | 1 | 1 |

| Contrib Material Source | Rdway Curve & Grade | Vision Obscured By | Traffic Control | Traffic Control Functioning | Opposing Lane Separation | Trafficway Lanes | Turn Lanes | One-Way Street | Total # Occupants In Unit | Total # Injured In Unit | Total # Killed In Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 1 | 1 | 1 | 97 | 8 | 4 | 1 | No | 1 | 1 | 0 |

Total Number of Units: 3 | Light: 1 | Weather: 1 | Locale: 1 | Police Present? No | DOT Railroad Crossing No: N/A

| Unit No | Involved Road/Bridge | Road Surface Type | Roadway Condition | Workzone Related? | Workzone Type | Workers Present? | Workzone Law Enforcement Present? | Contributing Circumstances Environment | Contrib Matl In Roadway |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 1 | 1 | 1 | 1 | 97 | NotApplicable | 97 | 1 | 1 |

| Contrib Material Source | Rdway Curve & Grade | Vision Obscured By | Traffic Control | Traffic Control Functioning | Opposing Lane Separation | Trafficway Lanes | Turn Lanes | One-Way Street | Total # Occupants In Unit | Total # Injured In Unit | Total # Killed In Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 1 | 1 | 1 | 97 | 8 | 4 | 1 | No | 3 | 1 | 2 |

Total Number of Units: 3 | Light: 1 | Weather: 1 | Locale: 1 | Police Present? No | DOT Railroad Crossing No: N/A

| Unit No | Involved Road/Bridge | Road Surface Type | Roadway Condition | Workzone Related? | Workzone Type | Workers Present? | Workzone Law Enforcement Present? | Contributing Circumstances Environment | Contrib Matl In Roadway |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 1 | 1 | 1 | 1 | 97 | NotApplicable | 97 | 1 | 1 |

| Contrib Material Source | Rdway Curve & Grade | Vision Obscured By | Traffic Control | Traffic Control Functioning | Opposing Lane Separation | Trafficway Lanes | Turn Lanes | One-Way Street | Total # Occupants In Unit | Total # Injured In Unit | Total # Killed In Unit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 1 | 1 | 1 | 97 | 8 | 4 | 1 | No | 1 | 0 | 0 |

Total Number of Units: 3 | Light: 1 | Weather: 1 | Locale: 1 | Police Present? No | DOT Railroad Crossing No: N/A

## INVESTIGATION

Name of Photographer: RYAN WISE

| Time Police Notified | Time Police Arrived | Time EMS Arrived | EMS Response Run # |
|---|---|---|---|
| 10:10 AM | 10:10 AM | 10:30 AM | N/A |

| Name of Investigating Officer | Officer ID | Agency ORI |
|---|---|---|
| MICHAEL DUKE | 1544 | ALDPS63C0 |
| SHANE A MCDUFFEY | 1906 | ALDPS63C0 |

The data on this report reflects the best knowledge, opinion, and belief regarding the crash, but no warrant is made as to the factual accuracy thereof.

| Witness Full Name | Address | Telephone |
|---|---|---|
| TASHARA M ECTOR | [redacted] | [redacted] |
| DEDRICK O'NEAL | [redacted] | [redacted] |

# ALABAMA UNIFORM TRAFFIC CRASH REPORT
## Truck/Bus Supplemental Sheet

AST-27B Rev 06/08

Unit No  3
(same as on main report)

## General Instructions

*Complete this form each qualifying vehicle ONLY if the crash meets BOTH of the Following criteria*

1. The crash involved a qualifying vehicle (a truck with a gross vehicle weight rating (GVWR) or a gross combination weight rating (GCWR) of more than 10,000 pounds, or Haz/Mat placard, or a vehicle designed to carry nine 9 or more, including driver) and,

2. The crash resulted in at least one of the following  A. one or more fatalities  B. one or more persons injured and taken from the scene for immediate medical attention  or  C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave

## Screening Information

**Number of Qualifying Vehicles**
- Trucks with GVWR or GCWR of more than 10,000 pounds or Haz/Mat placard  1
- Buses designed to carry 9 or more (including driver)  0

**Number of Persons**
- Sustaining fatal injuries  2
- Transported for *immediate* medical treatment  2

Number of vehicles towed from scene due to damage  3

## Vehicle Information

**Weight Rating of Power Unit of the Truck**
3 - More than 26,000 pounds

**Hazardous Material Involvement**
Did vehicle have a Haz/Mat placard? ☐
If Yes, include following information from placard
A. Name or 4-digit number from Diamond or box _____
B. The 1-digit number from bottom of diamond _____
Was hazardous material released from THIS vehicle's cargo? ☐

**Vehicle Configuration**
9 - Tractor with semi-trailer

**Bus Usage**
1 - Not a bus

**Cargo Body Type**
3 - Van / enclosed box

**Cargo Type**
12 - Household goods

## Motor Carrier Information

NOTE. If NOT a motor carrier, enter NONE under Carrier Name. 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name  BEYOND TRANSPORTATION
Carrier Phone
Carrier Mailing Address (Street or P.O. Box)  688 S BERENDO ST #706
City, State, Zip  LOS ANGELES, CA 90005
                            (None = 0)
Motor Carrier Type  1 - Interstate carrier
US DOT  2956768         ICC MC  N/A          STATE NO.  N/A
STATE _____  OTHER COUNTRY AUTHORITY _____  COUNTRY  N/A

## Sequence of Events

NOTE for THIS vehicle -- list up to four   Event #1  13   Event #2  97   Event #3  97   Event #4  97

**EVENT CODES**

Non-Collision:
1. Ran off road
2. Jackknife
3. Overturned (rollover)
4. Downhill runaway
5. Cargo loss or shift
6. Explosion or fire
7. Separation of units
8. Cross median/centerline
9. Equipment Failure (brake failure, blown tires, etc.)
10. Other non-collision
11. Unknown

Collision with:
12. Pedestrian
13. Motor Vehicle in Transport
14. Parked Motor Vehicle
15. Train
16. Pedalcycle
17. Animal
18. Fixed object
19. Work Zone Maintenance equipment
20. Other movable object
21. Unknown movable object

Not applicable  97. Not applicable

## Definitions

### Truck
A motor vehicle designed, used or maintained primarily for the transportation of property. For the purpose of this form the vehicle must also meet one of the following criteria:
* Have a GVWR or a GCWR of more than 10,000 pounds, **or**
* Carry a Hazardous Material Placard

### Bus
A motor vehicle providing seats for 9 or more persons including the driver and used primarily for the transportation of persons.

### Trailer
A non-power vehicle towed by a motor vehicle.

### Reportable Crash
A highway related incident normally investigated by a police officer and reported on a standard crash report form involving one or more trucks or buses (as defined here) which results in:
* One or more fatalities, **or**
* One or more non-fatal injuries requiring transportation for the purpose of obtaining immediate medical treatment, **or**
* One or more of the vehicles being removed from the scene as a result of disabling damage, **or**
* One or more of the vehicles requiring intervening assistance before proceding under its own power.

## Typical Vehicle Silhouettes



1. Passenger Vehicle
2. Light truck (van, mini-van, panel, pickup, sport utility vehicle)
3. Bus (seats for 9-15 people, including driver)
4. Bus (seats for more than 15 people, including driver)
5. Single unit truck - 2 axles / 6 tires
6. Single unit truck - 3 axles
7. Truck with trailer
8. Truck tractor (bobtail)
9.
10. Tractor with double trailers
11. Tractor with triple trailers

## Typical Hazardous Material Placards

## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Report Header | Unit Type | 6 | Sport utility vehicle (SUV) | Driver | Maneuver | 1 | Movement essentially straight |
| Location And Time | Contributing Circumstance | 6 | Over speed limit | Driver | Maneuver | 15 | Stopped in Traffic |
| Location And Time | Contributing Unit | 10 | Unit 1 | Driver | Phone Number Code | 0 | Not Set |
| Location And Time | Controlled Access Highway Location | 1 | Main road | Driver | Place of Employment | | Not Set |
| Location And Time | Coordinate Status | Known | Known | Driver | Place of Employment | Self | Self-employed |
| Location And Time | Coordinate Type | 1 | From computerized map | Driver | Place of Employment | Unemployed | Unemployed |
| Location And Time | Crash Manner | 7 | Rear end (front-to-rear) | Driver | Race | 1 | White / Caucasian |
| Location And Time | Crash Severity | 1 | Fatal Injury | Driver | Race | 2 | Black / African-American |
| Location And Time | Distance Node Unit | 10 | Feet | Driver | Race | 4 | Asian / Pacific Islander |
| Location And Time | Distracted Driving | 97 | Not applicable (not distracted) | Driver | Residence Within 25 Miles | No | No |
| Location And Time | Harmful Event | 22 | Collision with vehicle in traffic | Driver | Travel Direction | 1 | North |
| Location And Time | Highway Classification | 1 | Interstate | Vehicle | Attachment | 1 | None |
| Location And Time | Highway Side | 1 | Northbound | Vehicle | Attachment | 4 | Other semi trailer |
| Location And Time | Roadway Feature | 1 | No special feature | Vehicle | Body | 4 | Four door with rear entry |
| Location And Time | School Bus Related | 1 | No school bus involved | Vehicle | Body | 97 | Not applicable - not passenger car, personal van, or SUV |
| Location And Time | Time Display Format | 10 | Standard | Vehicle | Citation Offense | 99 | None |
| Driver | Alcohol Test Type | 1 | Blood test | Vehicle | Damage Severity | 2 | Minor |
| Driver | Alcohol Test Type | 6 | No Test Given | Vehicle | Damage Severity | 4 | Major disabled |
| Driver | Commercial Driver License Status | 97 | Not applicable / unlicensed | Vehicle | Defect | 1 | None |
| Driver | Commercial Driver License Status | C | Current / valid | Vehicle | Emergency Status | 97 | Not applicable |
| Driver | Contributing Circumstance | 6 | Over speed limit | Vehicle | Estimated Speed Code | | Not set |
| Driver | Contributing Circumstance | 97 | Not applicable | Vehicle | Estimated Speed Code | 000 | Stationary |
| Driver | Driver Address Code | 0 | Not Set | Vehicle | Hazardous Cargo | 1 | None |
| Driver | Driver Condition | 1 | Apparently normal | Vehicle | Hazardous Cargo | 97 | Not applicable |
| Driver | Driver License Class Code | 0 | Not set | Vehicle | Hazardous Cargo Release Type | 97 | Not applicable |
| Driver | Driver License Endorsement | 97 | Not applicable | Vehicle | K12 Child Going To Or From School | 0 | Not Set |
| Driver | Driver License Number | 0 | Not set | Vehicle | Make | HOND | Honda |
| Driver | Driver License Restriction | 97 | Not applicable | Vehicle | Make | JEEP | Jeep |
| Driver | Driver License State Code | 0 | Not set | Vehicle | Make | VOLV | Volvo |
| Driver | Driver License Status | C | Current / valid | Vehicle | Non-Motorist Action | 0 | Not Set |
| Driver | Driver Name Code | 0 | Not Set | Vehicle | Non-Motorist Location | 0 | Not Set |
| Driver | Drug Test Result | 97 | Not applicable | Vehicle | Oversized Load | N/A | NotApplicable |
| Driver | Drug Test Result | 99 | Unknown | Vehicle | Oversized Load | No | No |
| Driver | Drug Test Type | 1 | Blood test | Vehicle | Oversized Load Permit | N/A | NotApplicable |
| Driver | Drug Test Type | 4 | No test given | Vehicle | Owner Address Code | 0 | Not Set |
| Driver | Gender | 1 | Male | Vehicle | Owner Address Code | Same | Same |
| Driver | Harmful Event | 22 | Collision with vehicle in traffic | Vehicle | Owner Name Code | | Not Set |
| Driver | Liability Ins Policy Code | 0 | Not Set | Vehicle | Owner Name Code | Same | Same as driver |
| Driver | Liability Insurance NAIC Number Code | | Not Set | Vehicle | Placard Requirement | 2 | No |
| Driver | Liability Insurance NAIC Number Code | Unk | Unknown | Vehicle | Placard Requirement | 97 | Not applicable |

## LEGEND

| Location | Category | Code | Description | Location | Category | Code | Description |
|---|---|---|---|---|---|---|---|
| Vehicle | Placard Status | 3 | Not applicable (placard not required) | Victims | Occupant Type | 2 | Passenger |
| Vehicle | Tag Number | | Not set | Victims | Safety Equipment | 2 | Shoulder and lap belt used |
| Vehicle | Tag Number | N/L | No license tag on motor vehicle | Victims | Victim Taken By | | Not Set |
| Vehicle | Tag State | 0 | Not set | Victims | Victim Taken To | | Not Set |
| Vehicle | Tag State | 96 | No license tag on motor vehicle | Roadway Environment | Environmental Contributing Circumstance | | None apparent |
| Vehicle | Tag Year | 0 | Not set | Roadway Environment | Light Condition | | Daylight |
| Vehicle | Tag Year | 96 | No license tag on motor vehicle | Roadway Environment | Locale | | Open country |
| Vehicle | Tow Status | | Towed due to disabling damage | Roadway Environment | Opposing Lane Separation | 8 | Cable barrier |
| Vehicle | Tow Status | | Not towed | Roadway Environment | Road Bridge Condition | | None apparent |
| Vehicle | Towed Code | 0 | Not Set | Roadway Environment | Road Surface Type | | Asphalt |
| Vehicle | Towed Code | 97 | Not applicable | Roadway Environment | Roadway Condition | | Dry |
| Vehicle | Unit Type | 11 | Tractor / semi-trailer | Roadway Environment | Roadway Curvature And Grade | | Straight level |
| Vehicle | Unit Type | 6 | Sport utility vehicle (SUV) | Roadway Environment | Roadway Material | | None |
| Vehicle | Usage | | Personal vehicle | Roadway Environment | Roadway Material Source | 97 | Not applicable |
| Vehicle | Usage | 6 | Cargo Transportation | Roadway Environment | Traffic Control | | No controls present |
| Vehicle | VIN | 0 | Not set | Roadway Environment | Traffic Control Status | 97 | Not applicable |
| Vehicle | Year | | Not set | Roadway Environment | Trafficway Lane Count | 4 | Four lanes |
| Uninjured Occupants | Age Code | 8 | 26 - 64 | Roadway Environment | Turn Lane Presence | | None |
| Uninjured Occupants | Airbag | | Not installed | Roadway Environment | Vision Obscuration | | Not obscured |
| Uninjured Occupants | Birth Date Code | 0 | Not Set | Roadway Environment | Weather Condition | | Clear |
| Uninjured Occupants | Ejection Status | | Not ejected or trapped | Roadway Environment | Workzone Law Enforcement Presence | 97 | Not applicable |
| Uninjured Occupants | Gender | | Male | Roadway Environment | Workzone Relationship | | Not in / related to workzone |
| Uninjured Occupants | Occupant Type | | Driver | Roadway Environment | Workzone Type | 97 | Not applicable |
| Uninjured Occupants | Safety Equipment | 2 | Shoulder and lap belt used | Truck/Bus Supplement | Bus Usage | | Not a bus |
| Victims | Age Code | 7 | 21 - 25 | Truck/Bus Supplement | Cargo Body Type | 3 | Van / enclosed box |
| Victims | Age Code | 8 | 26 - 64 | Truck/Bus Supplement | Cargo Type | 12 | Household goods |
| Victims | Airbag | 14 | Deployed multiple combinations (all cases) | Truck/Bus Supplement | Carrier Address Code | 0 | Not Set |
| Victims | Airbag | 5 | Deployed front no switch | Truck/Bus Supplement | Carrier Name Code | 0 | Not Set |
| Victims | Birth Date Code | 0 | Not Set | Truck/Bus Supplement | Carrier Phone Code | 0 | Not Set |
| Victims | Ejection Status | | Not ejected or trapped | Truck/Bus Supplement | Country Number Code | N/A | Not applicable |
| Victims | Ejection Status | | Totally ejected | Truck/Bus Supplement | ICCMC Number Code | N/A | Not applicable |
| Victims | First Aid Provider | | Paramedic / EMT | Truck/Bus Supplement | Motor Carrier Type | | Interstate carrier |
| Victims | First Aid Provider | 97 | None - no first aid | Truck/Bus Supplement | State Number Code | N/A | Not applicable |
| Victims | Gender | | Male | Truck/Bus Supplement | USDOT Number Code | 0 | Not Set |
| Victims | Gender | 2 | Female | Truck/Bus Supplement | Vehicle Configuration | 9 | Tractor with semi-trailer |
| Victims | Injury Type | | (K) Fatal | Truck/Bus Supplement | Weight Rating | 3 | More than 26,000 pounds |
| Victims | Injury Type | 3 | (B) Suspected minor injury | | | | |
| Victims | Medical Facility Transport | 2 | EMS ground | | | | |
| Victims | Medical Facility Transport | 97 | Not Applicable | | | | |
| Victims | Occupant Type | | Driver | | | | |