FILED
 2022 Feb-28  AM 10:44
U.S. DISTRICT COURT
   N.D. OF ALABAMA

## NOTICE OF REMOVAL

# Exhibit "D"

## AFFIDAVIT OF JAMES LITTLEJOHN

Before me, the undersigned authority, personally appeared James Littlejohn who, after first being duly sworn, stated as follows:

1. My name is James Littlejohn. I currently serve as Chief Financial Officer for Senior Moving Company, Inc. and have served in that capacity at all times relevant hereto. I am over nineteen years of age and have personal knowledge of the matters stated herein.

2. I understand that this affidavit is being given in connection with a lawsuit that was filed in the Circuit Court of Greene County, Alabama on or about January 27, 2022 and docketed as case number CV-2022-900006. I understand that Senior Moving Company, Inc. is a named defendant in that lawsuit and intends to remove proceedings to the United States District Court for the Northern District of Alabama, Western Division.

3. Senior Moving Company, Inc. is a corporation that was formed under the laws of the State of Texas. Senior Moving Company, Inc. is not now, and has never been, incorporated under the laws of the State of Alabama.

4. Senior Moving Company, Inc. maintains its principal place of business at 3221 Garden Brook in Farmers Branch, Texas and maintained its principal place of business at that location at the time of the July 26, 2021 accident. Senior Moving Company, Inc. does not now maintain, and has never maintained, its principal place of business within the State of Alabama.

_____
JAMES LITTLEJOHN, affiant

STATE OF TEXAS    )
Denton    COUNTY    )

I, Jasmina Hansen _____, a Notary Public for the aforementioned County and State, certify that **James Littlejohn**, whose name is signed to the foregoing affidavit and who is known to me, deposes and says that he has read the above affidavit, that the facts alleged therein are true and correct to the best of his knowledge and belief, and that he has executed this affidavit voluntarily and as the authorized act of Senior Moving Company, Inc.

Given under my hand and official seal of office this 8th day of February 2022.

(SEAL)

JASMINA HANSEN
Notary ID #128324740
My Commission Expires
July 12, 2022

_____
Notary Public
My Commission Expires: July 12, 2022