
## NOTICE OF REMOVAL

# Exhibit "E"

# Sumter County Record-Journal

www.recordjournal.net

Volume 17 • Number 29 • 10 Pages • 1 Section • Livingston, Alabama 35470 • Thursday, July 29, 2021 • 75¢ each, tax included



## Alabama ranks dead last
## Sumter vaccination rate is in middle of the pack

By Tommy McGraw

As COVID-19 cases are beginning to increase in Alabama, the state is dead last in the country for overall vaccination rates. Sumter Countians have been reluctant to get the vaccine as they have a 27.91% rate of having both shots for the COVID-19 virus.

There are no counties as of July 23 that have reached the 40% mark in having both shots. Some other Black Belt neighbors of Sumter have a higher number in those counties with the push by the state to get vaccines into the Black Belt. The Alabama National Guard made two trips to these counties, including Sumter, to give the vaccine, in Sumter on March 23 only 400 showed up for the 1,100 available shots. This was the first of two shots as torrential rain fell most of the day, drenching attendance. The second trip faired better with 410 residents getting the COVID-19 vaccine on April 13.

On a bright note, area officials report that the 106 vaccinations were given at the recent York Health Fair clinic promoted held July 23-24 at Sumter C...

Continued on...

## Fair at SCHS was success
## "ve meet, officials about Sumter"

with Hill Hospital of Sumter County and the Sumter County Board administered 106 vaccinations and AHEC (Debra Clark). Thank you for participating in the City of York's Health Fair. Pictured: Coach York Councilman Jazmin Mitchell Willie Lake, Debra Clark, for achieving 25 COVID-19 tests. Pfizer to those 12 and over. COVID-19 testing, blood pressure evaluation, glucose testing, health and wellness evaluations, nutrition counseling, behavioral and mental health information were provided from TNT BBQ and Woodrow's BBQ. Participants were: Rush Health Clinic, Livingston; Whitfield Regional Hospital; DE Health Services; Health and Wellness (Debra Clark), Livingston; AHEC COVID Testing; West Alabama Mental Health. Debra assisted residents to turn out on July 23 for the 24th. See more posted by Carolyn Mitchell-Gosa!

## Unborn infant dies in one
## 3 from Sumter, 2 others killed in area wrecks

TUSCALOOSA POST — A three-vehicle crash at approximately 10:05 a.m. Monday, July 26, has claimed two lives.

Linda Ann Payne, 62, and Myrtle Ruth Payne, 50, both of Emelle, were fatally injured when the 2021 Honda HRV in which they were passengers was struck by a 2007 Jeep Wrangler driven by Wyatt Dalton Davis, 22, of Picayune, Miss. Both Linda Payne and Myrtle Payne were pronounced deceased at the scene. The driver of the Honda HRV, Frederick Leroy Payne, 38, and

---

## SUMTER COUNTY RECORD JOURNAL

210 S. Washington St.
Livingston, AL 35470

McGraw Publishing Company Inc.
P. O. Box B
Livingston, AL 35474

Phone (205) 652-6100

### AFFIDAVIT OF PUBLICATION

The Sum Charged by the Newspaper for said publication is the actual lowest classified rate.

STATE OF ALABAMA
SUMTER COUNTY

Before me, the undersigned authority in and for said State and County, personally appeared Tommy McGraw, who is known to me, and who being by me first duly sworn, deposes and says:

That he is the publisher of the Sumter County Record Journal, a newspaper published at Livingston, in Sumter County, Alabama, and that the said Sumter County Record Journal is of general circulation in said County, and has been mailed under a Periodicals Postage paid mailing privilege at the United States Post Office at Livingston, Alabama, regularly each and every week for a period of more than fifty-two (52) consecutive weeks prior to the publication of the Legal Notice, or Advertisement, of which a copy is hereto attached, and further that said Legal Notice, or Advertisement, was published in said newspaper, Sumter County Record Journal

for _____ consecutive weeks, to-wit.

1st date of publication: July 29, 2021

2nd date of publication: _____, 20___

3rd date of publication: _____, 20___

in the issues dated:

_____
Publisher of the Sumter County Record Journal

Sworn to and subscribed before me this the 3rd day of Feb, 2022.

_____
Notary Public

# Sumter County Record-Journal

www.recordjournal.net

Volume 29 • Number 17 • 10 Pages •1 Section • Livingston, Alabama 35470 • Thursday, July 29, 2021 • 75¢ each, tax included



### York Health Fair at SCHS was success

"City of York, in partnership with Hill Hospital of Sumter County and the Sumter County Board of Education, thanks each of you for coming out and receiving your COVID-19 vaccinations and COVID-19 tests. Hill Hospital administered 106 vaccinations, and AHEC (Debra Clark) administered 42 COVID tests! Thank you for participating in the City of York's Health Fair; #ThisIsOurShot," from Mayor Willie Lake. Pictured: Coach/York Councilman Jazmin Mitchell received a $300 gift card from AHEC, Debra Clark, for achieving 25 COVID-19 tests. Pfizer vaccination was administered to those 12 and over, COVID-19 testing, blood pressure screenings, stroke screenings evaluation, glucose testing, health and wellness evaluations; weight management and nutrition counseling, behavioral and mental health information were given out. Free food was provided from TNT BBQ and Woodrows' BBQ. Participants were: Hill Hospital of Sumter County; Rush Health Clinic, Livingston; Whitfield Regional Hospital, Demopolis; Sumter County BOE Health Services, Health and Wellness (Debra Clark), Livingston; West Central Alabama AHEC COVID Testing; West Alabama Mental Health, Demopolis. York's Facebook requested residents to turn out on July 23 for the 24th. See more photos on page 7-A. *Photos submitted by Carolyn Mitchell-Gosa & @YorkAlabama.*

## At legislative meet, officials "talk good about Sumter"

*By Herman B. Ward, Jr.*
*Associate Editor*

Commission Chairman Marcus Campbell allowed local officials and everyone present to comment during a public meeting held at the County Courthouse last Monday, July 12.

Campbell asked everyone present to "talk good about Sumter County," and mentioned a number of things he and the other commissioners were aware of that need improvement. Campbell said efforts are being made to do so.

Livingston Mayor Thomas Tartt was introduced, and after greeting everyone and thanking them for coming, Mayor Tartt said he appreciated "everyone who worked hard to test and vaccinate during the COVID-19 crisis that began in Sumter County during March last year."

Tartt said efforts are being made to improve city functions and mentioned Livingston also received grant funds for sewer projects and other improvements.

York Mayor Willie Lake agreed it was very important for citizens to come to public meetings and inform officials of their

Continued on page 3-A

## Commissioners hear 'more jobs and revenue'

*By Herman B. Ward, Jr.*

Commissioners were told that "more jobs and more revenue" are predicted at Chemical Waste Management of Emelle at the commissioners' meeting Monday, July 22.

CWM Director Mike Davis informed commissioners the plant expects even more revenue increases and, currently on top of a ninety-seven percent increase in employees, more jobs are available at this time.

"The physical year 2019 through 2020 ended with a tax revenue of $494,277.33," Davis said.

"We started out in October 2020 through June 2021, and we currently have tax revenue at $420,949.02.

"We kind of forecasted the rates based on annual receipts for the rest of the year, and hopefully, we'll end at $561,265.31 for the year 2020.

"What has happened to us just like everyone else, is there was a downturn across the United States in manufacturing and disposal volumes.

"Hopefully with the current return to work, we're having a tremendous influx," Davis said.

"With everybody coming back and starting their plans and activities, our base business is pretty good right now.

"Even with the COVID situation and a lot of people laying off their workforce, we never laid anybody off at Emelle. Everybody kept their jobs," Davis said.

Continued on page 3-A

### Alabama ranks dead last
## Sumter vaccination rate is in middle of the pack

*By Tommy McGraw*

As COVID-19 cases are beginning to increase in Alabama, the state is dead last in the country for overall vaccination rates.

Sumter Countians have been reluctant to get the vaccine as they have a 27.91% rate of having both shots for the COVID-19 virus.

There are no counties as of July 23 that have reached the 40% mark in having both shots. Some other Black Belt neighbors of Sumter have a higher rate than Sumter but still not the 40% mark.

Four of Alabama's most rural counties are in the top 10, including Marengo, Hale, Lowndes, and Perry. State media reports attribute the higher number in those counties with the push by the state to get vaccines into the Black Belt. The Alabama National Guard made two trips to these counties, including Sumter, to give the vaccine. In Sumter on March 23 only 400 showed up for the 1,100 available shots. This was the first of two shots as torrential rain fell most of the day, drenching attendance. The second trip faired better with 410 residents getting the COVID-19 vaccine on April 13.

On a bright note, area officials report that 106 vaccinations were given at the recent York Health Fair clinic promotion held July 23-24 at Sumter Cetral

Continued on page 3-A

### Unborn infant dies in one wreck
## 3 from Sumter, 2 others killed in area wrecks

TUSCALOOSA POST - A three-vehicle crash at approximately 10:05 a.m. Monday, July 26, has claimed two lives.

Linda Ann Payne, 62, and Myrtle Ruth Payne, 50, both of Emelle, were fatally injured when the 2021 Honda HRV in which they were passengers was struck by a 2007 Jeep Wrangler driven by Wyatt Dalton Davis, 22, of Picayune, Miss. Both Linda Payne and Myrtle Payne were pronounced deceased at the scene. The driver of the Honda, Frederick Levon Payne, 38, and Davis were both injured and transported to area hospitals for treatment.

A 2014 Volvo Tractor Trailer was also involved in the collision. The crash occurred on Interstate 59 near the 36 mile

Continued on page 3-A



### School supply giveaway a success

A free Drive-Thru School Supply Giveaway was held on Saturday, July 24, at Larkin's Restaurant in York. Approximately 600 backpacks and/or kits with school supplies were distributed to the students of Sumter County. This event was sponsored by Angie's Caring Hearts Foundation, Inc., ROSES Social/Savings Club, Bellamy Youth Group, Delta Sigma Theta Sorority, Sumter County Alumni Association. They would like to wish the administrators, teachers, and students a safe, successful, and productive year. Pictured, left to right: Cynthia Mitchell, Kaylie Mitchell, Annie Minor, Brenda Williams, Wendell Larkin, Wendell "Adam" Larkin, Ruby Jackson, and Lenora Shefley. See more photos on page 2-A



### 2021 Jazmin Mitchell Basketball Camp

York Councilman and SCHS Basketball Coach Jazmin Mitchell held the first annual Jazmin Mitchell Basketball Camp this weekend. One hundred and twenty six students played at the camp both days, July 23 and 24. Mitchell said, "I wanted to thank all of the sponsors: S. C. BOE and Superintendent Dr. Anthony Gardner, City of York, Prystup Packaging, VJS Graphics, Greenstrack, Diamond Jim's and Mrs. Donna's, City of Livingston, Southern Logging & Timber, New Era Service, LLC, Cash-Buy-Trade, Doggett Electric Co., Knoxville Ventures, LLC, T. S. Police Support Palace, West Alabama Bank, for making this possible. Because of them, every kid got a prize. We were able to give away free bags, free basketballs and free awards. And since the York Health Fair was being held at the school, some of the kids were able to get their COVID vaccinations." The camp was held in memory of Kendrick Turnipseed, #1. *Photos submitted by York Councilman, SCHS Basketball Coach Jazmin Mitchell. More on page 8-A.*

## Senator Singleton praises Gov. on electric vehicle development funds

July 23, 2021 -- Senators Greg Reed (R-Jasper), Gerald Allen (R-Northport) and Bobby Singleton (D-Greensboro) today released statements on Governor Kay Ivey's announcement of $16.5 million in Public School and College Authority Bond proceeds to develop the Smart Communities and Innovation Building on the University of Alabama's campus.

This building's purpose will be to house world-class research infrastructure and brain power with the purpose of transforming the transportation industry in Alabama and making the state a national leader in innovation in the area of 21st century electric vehicle technology, workforce and infrastructure. The Alabama Transportation 

**Senator Singleton**

Institute, the Alabama Department of Transportation's West Central Region's Transportation Systems Management Operations, and the Alabama Mobility and Power Initiative (AMP), will all be located in this building.

The AMP initiative is a result of a partnership between The Alabama Power Company and Mercedes-Benz U.S. International to create a world-class research and development hub for creating and sustaining modern mobility and power technologies, developing a charging infrastructure, and managing power delivery to support large scale growth in electric vehicles.

> Says the funds to develop the Smart Communities and Innovation Building on the University of Alabama's campus will transform the transportation industry in Alabama and chart the path towards electric vehicle development and infrastructure across the state.

"It has been a privilege to support the development of the

Continued on page 3-A

| Sumter County's 7-Day Forecast July 29 - Aug. 4 | This Week's Local Forecast | | | | | | Weather Trivia | Engaged Citizens Are Crucial To Democracy - Informed and Engaged Citizens, Even Better! Read them! |
|---|---|---|---|---|---|---|---|---|
| | Thursday Mostly Sunny 94/75 | Friday Sunny 98/74 | Saturday Mostly Sunny 97/74 | Sunday Scattered T-storms 94/72 | Monday Scattered T-storms 88/69 | Tuesday Isolated T-storms 87/70 | Wednesday Sunny 83/63 |  PUBLIC NOTICES |



## Grand Opening for York business

Beauty Essentials owner Monica Artis, along with her husband and Sumter County native Jeffery Artis, held a Grand Opening for the new beauty supply and accessory store in downtown York on Friday, July 23. York Mayor Willie Lake said he and the city council were "very happy" that the Artis family "chose to come home and open a needed business when they could have done so anywhere else," and he wished them much success. Jeffery Artis grew up in the Millville Road community just outside of York and graduated from Sumter County High School in 1983 and Miles College in 1987, where he and Monica (Fisk University graduate) met and later married. Before cutting the ribbon, Monica thanked all who came and said she and her family looked forward to meeting everyone and providing the needed products and services. They opened The Liquor Cabinet, in York, earlier this year. Pictured above standing in the middle is Jeffery Artis, to his right is pastor Robert Pearce, on his left is his daughter Tiaudra, wife Monica, York Mayor Willie Lake, and York Police Chief Quinton Jones along with invited guests and supporters of Beauty Essentials.

*Photo by H. Ward*



### Livingston native, Dr. Caldera, appointed Asst. Professor at Howard University

Altheria Caldera, formerly Altheria Clark, a 1992 graduate of Livingston High School, has been appointed Assistant Professor of Reading and Language Arts in the School of Education at Howard University in Washington, D.C. She will also be the Director of the D.C. Area Writing Project.

Dr. Caldera, the daughter of Ms. Jessie Bias of Livingston, is also an alumna of Stillman College (1996) and the University of West Alabama (1998). She earned her Ph. D. in Curriculum Studies from Texas Christian University in 2016. Since that time, she has published over a dozen peer-reviewed articles and book chapters and has presented at national and international conferences. Altheria is a member of Delta Sigma Theta Sorority, Inc. and is a lifetime member of the National Alumni Association of Stillman College.

Her friends and family in Sumter County know Dr. Caldera as Peaches. She loves her hometown and is proud to have Alabama roots. Peaches is grateful for all the people in Sumter County who helped her get where she is today!

After living in the Dallas-Fort Worth, Texas, metropolitan area for the last 18 years, Altheria will be moving to the D.C. area in mid-August.

*Submitted by Altheria Caldera*

**YOUR NEWS**
*Nowhere but in the pages of the*
**Sumter County Record-Journal**
Buy an advertisement or subscribe so you can continue receiving YOUR NEWS!



Left to right; Gwen Carter & Geneva Ingram - ROSES Social/Savings Club, Tommie Campbell - Sumter County Alumni Association, and Tommie Newton - ROSES Social/Savings Club



Left to right; Cynthia Mitchell, Kaylie Mitchell - ACHF, Anita Fosters - radio personality, and Ruby Jackson - ACHF



Left to right; Tommie Campbell - Sumter County Alumni Association, Deborah Mitchell & Denise R. Thomas - Livingston Alumnae Chapter of Delta Sigma Theta Sorority, and Ruby Jackson - ACHF,

**Vehicle Title Problem? We have a Solution!**
Unclaimed/Abandoned Vehicles, Mobile Homes & Surety Bonds
*JSE: Alabama's Vehicle Title Recovery Service!*
We can help with most Titled Vehicles in Alabama, including Cars, Trucks, Motorcycles, RV's & Trailers. Stop in, by phone or online!
Free Phone Consultation
Call 1-251-847-1539
www.JSEAL.com

**Sumter Health & Rehabilitation needs Nurses and CNA's Now! Immediate positions are available for ALL Shifts!**

We are offering a $5000.00 Sign On bonus for Nurses & $1000.00 Sign On bonus for Certified Nursing Assistants. We offer competitive pay and full time benefits that include Elite, Low-cost Medical and Dental plans, 401K, paid vacation, a Nurse Tuition program and more. Begin a career with us at Sumter Health & Rehabilitation. Apply by calling (205) 392-5281 or (205) 872-6262, by visiting NHSmanagement.com/help or RIGHT HERE! E.O.E.



SENIORS NEED YOUR HELP!!

**Join our** **McTeam!**®
**Apply Today**
**Text AL269 to 38000**
**or**
**Apply In Person**



## More 5 die, 3 from Sumter... from front

marker, approximately four miles south of Eutaw, in Greene County. Nothing further is available as Troopers with the Alabama Law Enforcement Agency's (ALEA) Highway Patrol Division continue to investigate, according to ALEA Trooper, Senior Reginal King.

SELMA POST – A single-vehicle crash at approximately 2:50 a.m. Saturday, July 24, has claimed the life of a Coatopa woman.

Amber Rose Killings, 28, was fatally injured when the 2012 Ford Fusion in which she was a passenger, left the roadway and struck several trees. Killings was pronounced deceased at the scene. The driver of the Ford, James Jerome Reeves, 24, of Gallion, was injured and transported to an area hospital for treatment. The crash occurred on Marengo County 57, approximately 10 miles west of Demopolis. Nothing further is available as Troopers with the Alabama Law Enforcement Agency's (ALEA) Highway Patrol Division continue to investigate, according to Trooper King.

SELMA POST – A two-vehicle crash at approximately 4:40 p.m. Friday, July 23, has claimed the life of a Greensboro woman.

Monica Michelle Roy, 47, was seriously injured when the 2018 Kia Optima in which she was a passenger collided head-on with a 2017 Ford F250 driven by Thomas Arthur Immel, 22, of Mobile.

The driver of the Kia, Brittany LeAnne Green, 30, of Moundville, and Roy were both transported to an area hospital for treatment. Roy, who was not using a seat belt, was pronounced deceased a short time later.

The crash occurred on Alabama 69 near the 124 mile marker, approximately six miles south of Moundville. Nothing further is available as Troopers with the Alabama Law Enforcement Agency's (ALEA) Highway Patrol Division continue to investigate, according to Trooper King.

According to posts on the Moundville Times Facebook page and other postings, Green was eight months pregnant with a child who also died in the accident.

Also, Facebook posts by friends and relatives revealed a 13-year-old child was injured in the Kia, as well.

## More Legislative meeting ... from front

concerns, and thanked them.

Mayor Lake said, "It will be impossible for the area to grow without a good education system," and offered suggestions on what could be done.

Lake added the City of York was in a revitalization state, but time was needed to make certain improvements.

Lake also said progress is being made to upgrade city departments, but more skilled laborers were needed

The mayor said he and council members encourage residents to get COVID-19 vaccinations.

Epes Town Councilwoman Betty Brown said Epes was a great place to live and soon the new Enviva plant will improve working and living conditions for Epes as well as the entire county.

University of West Alabama President Dr. Ken Tucker said UWA will change from virtual to in-person learning this year, and added that UWA was the safest university in the state during the pandemic.

They have approximately six thousand students, with two thousand now on campus.

UWA has now improved and increased its doctorate degree program, and UWA athletes have the highest athlete graduation rate in the state.

Dr. Tucker also said the university has also assisted with the Enviva plant project in Epes.

Sumter Board of Education Superintendent Dr. Anthony L. Gardner thanked citizens and board members for coming to the meeting.

Dr. Gardner also thanked Hill Hospital and all who assisted Sumter schools and students during the pandemic.

"The COVID situation is not over," Gardner said, "But Sumter County Schools will make every effort to be safe and provide in-person enrollment this school year."

Dr. Gardner said three of the Sumter County schools that were on the failing list when he was hired as superintendent are no longer listed as failing schools.

Gardner said recruiting was good this year, with four of the five needed instructors hired. Efforts are being made to continue improving in the areas of mathematics, science, and foreign languages, and ninety percent of senior students graduated this year.

"We are poised to do great things. I encourage parents and teachers to work together," Dr. Gardner said.

Current business owner and former school board member Wendell Larkin said at the meeting that Sumter County currently has one of the lowest property tax rates in the state, which affects the school system.

Larkin said many areas that have higher-rated public schools have much higher property tax revenues to use to help support public school programs and personnel.

Hill Hospital Administrator Loretta Wilson thanked hospital staff and the York Healthcare Authority, as well as everyone, for their interest and assistance with the hospital.

"We've got to have a hospital and good healthcare in Sumter County," Wilson said.

State Senator Bobby Singleton and State Representative Artis J. McCampbell thanked all who came and commented during the public meeting.

Both explained that there was money for Sumter County through certain state programs, but certain procedures must be followed.

Sen. Singleton said it would take time and effort to apply for and receive certain grants.

## More vaccination rates ... from front

High School last week.

Residents in the Black Belt counties, including Sumter, were disproportionately affected by severe coronavirus disease in the last year and have been historically ill-served by public health infrastructure.

According to Alabama Department of Public Health data on the percentage of residents in each county who have completed their vaccine, none have reached 40% coverage.

Madison and Jefferson Counties, two of the largest metropolitan areas in the state, have the most vaccinated residents, with Madison County leading the state with nearly 38% of its residents fully vaccinated. Jefferson County, home to Birmingham, ranks 5th with 36.58 %.

Based on Alabama Department of Public Health data, Alabama counties in the east and south Alabama are among the lowest vaccinated counties in the state, including the percentage of fully vaccinated people per county.

Alabama's average county vaccination rate is 28.86% and is well below national averages. Almost 50% of U.S. adults have been fully vaccinated as of July 19, according to the Centers for Disease Control and Prevention.

Alabama's vaccination rates per county by percentage as of Friday, July 23 include:
Madison - 37.93%
Lowndes - 37.54
Hale - 36.82
Shelby - 36.62
Jefferson - 36.58
Bullock - 36.31
Clay - 35.75
Perry - 35.66
Marengo - 35.48
Limestone - 33.82
Colbert - 33.6
Tallapoosa - 33.6
Wilcox - 33.35
Lee - 33.18
Macon - 31.90
Greene - 31.87
Morgan - 31.55
Lauderdale - 31.17
Baldwin - 31.06
Coosa - 30.92
Chambers - 30.81
Tuscaloosa - 30.79
Clarke - 30.7
Mobile - 30.34
Henry - 30.32
Montgomery - 30.04
Walker - 29.95
Houston - 29.1
Cullman - 28.86
Etowah - 28.78
Barbour - 28.72
Conecuh - 28.72
Dallas - 28.48
St. Clair - 28.26
Talladega - 28.04
Sumter - 27.91
Calhoun - 27.81
Marshall - 27.69
Choctaw - 27.64
Lawrence - 27.59
Butler - 27.58
Crenshaw - 27.38
Franklin - 27.38
Monroe - 27.12
Elmore - 26.73
Fayette - 26.69
Autauga - 26.58
Bibb - 26.45
Pike - 26.38
Washington - 26.31
Marion - 26.10
Lamar - 25.70
Blount - 25.55
Winston - 25.14
Jackson - 24.77
Geneva - 24.72
Cherokee - 24.69
Coffee - 24.53
Chilton - 24.21
Pickens - 24.21
Covington - 24.02
Dale - 23.58
DeKalb - 22.56
Randolph - 22.46
Escambia - 20.71
Cleburne - 20.03
Russell - 17

## More Commission ... from front page

"We actually had to hire a few people during the pandemic.

"When we started out with this process in 2012, we started out with sixty-five jobs. Currently, in 2021, we are up to one hundred twenty-eight jobs.

"I currently have seven open positions right now to add to that. We've had a full increase of 56 new full-time jobs for that period.

"Basically we've had a ninety-seven percent increase in Emelle in the workforce," Davis said.

Davis thanked commissioners for their support and said more progress is expected at CWM in Emelle.

"If the volumes and return to work still continue, probably we will need to hire some more people by the end of the year. That's a very positive situation to be in right now," Davis explained.

Commissioner Tommy Armistead asked Davis to comment about the number of jobs filled by Sumter County residents.

Davis said the Sumter response has been good and a number of jobs in different areas have been filled by Sumter residents.

**In other matters**

Sumter Tax Assessor Joyce Paige asked commissioners if her office should provide UWA broadband information that will help them apply for Sumter broadband funding without billing them.

Paige said a five hundred dollar fee is usually charged, as well as a fee for providing copies to those requesting information.

"Can I just give it to them, without permission from you?" Payne asked.

Commission Chairman Campbell said UWA could be supplied and added that he usually informs commissioners when agencies are making an effort to acquire funding for the county.

Commissioner Tommie Armistead agreed and offered a motion to allow the chairman to continue investigating such inquiries and inform commissioners.

Armistead informed commissioners in May that the University of West Alabama was making an effort to provide broadband service for South Sumter, as well as other areas in the county with limited access, and that commissioners were invited to join and support those efforts.

Commissioners Drucilla Jackson and Pat Ezell agreed the service is needed and asked to be included in future UWA broadband service discussions for the county.

## More Singleton praises ... from front

Smart Communities and Innovation Building on the University of Alabama's campus. The Alabama Mobility and Power Initiative will use the resources this building provides to leverage the state's strengths in the automotive manufacturing industry and world-class university sponsored research to discover the next generation technologies to be applied to vehicles and batteries manufactured in the state," said Senator Reed. "I fully believe that this investment by the state will modernize Alabama's research and development in the next generation of electric vehicle technology in a manner responsive to industry and with an eye for future growth."

"This is great news for the Tuscaloosa community, the University of Alabama and our state as a whole. A number of highly motivated people and organizations have come together and created a mission to set our state on a path towards a bright future in this important, fast-growing industry," said Senator Allen. "The governor's announcement today is a testament to all involved in making this happen, the University of Alabama in particular. I am excited to see the development of this dynamic building on my alma mater's campus and the benefits it will provide for our state."

"Alabama will be on the forefront of this technology, which will lead to new and greener jobs for the people of our state," said Senate Minority Leader Bobby Singleton. "The international community is demanding battery-powered vehicles and this investment by the state will make West Alabama a global leader in this field."

---

**Family Yard Sale**
July 30th & 31st
7 a.m. - 3 p.m.
105 Hightower St.
York, Alabama
Toys, clothes, shoes, kitchen items, school uniform, bedding, tools and more!



Gateway to the Tenn-Tom Waterway
EPES DAY AUGUST 7TH

**USPS 579-740**
The Sumter County Record-Journal is published every Thursday at 210 South Washington St, Livingston, Alabama. POSTMASTER send changes of address to P.O. Box B, Livingston, AL 35470. Advertisements are accepted in person, via USPS mail, e-mail or through advertising agents. Phone: (205) 652-6100. E-mail: scrjmedia@yahoo.com. Website: www.recordjournal.net. Periodicals postage paid, Livingston, AL 35470.

USPS mail: P. O. Box B, Livingston, AL 35470
E-mail us at: scrjmedia@yahoo.com

| IN-COUNTY Subscriptions $43.00 | OUT-OF STATE Subscriptions $50.00 |
| --- | --- |
| OUT-OF-COUNTY Subscriptions $45.00 | INTERNET Subscriptions $43.00 |

Tommy McGraw - Publisher, Editor, Advertising
Herman B. Ward, Jr. - Associate Editor, Advertising
Kasey DeCastra - Com. News Editor, Classifieds/Legals
Wesley Lucas - Newspaper circulation specialist

---



***OPEN THE DOOR***
to a new Career as a
**CERTIFIED NURSING ASSISTANT**
learn more by calling:
*Sumter Health and Rehabilitation, LLC*
1505 East 4th Avenue
York, AL 36925
205-392-5281
*Pamela Williams / Ashala Ivy*
Receive paid training with great benefits & excellent work environment with competitive pay.
Call today.
Limited positions available.

---

The Livingston Housing Authority is accepting applications for a full time maintenance worker to join our maintenance team. Deadline for application is Thursday, July 30, 2021 at 12 Noon.

**Maintenance Worker Responsibilities and Requirements:**

• Perform preventive maintenance, including painting, carpentry, plumbing, and ground maintenance as needed.
• Ability to use common tools such as hammers, hoists, saws, drills, and wrenches.
• Conducting routine inspections of premises.
• Processing Work Orders
• Handling basic repairs and maintenance.
• Maintains repair, inventory and maintenance logs.
• Previous experience in maintenance (Preferred)
• High school diploma or GED (Required)
• Training and Certifications in area of work (Preferred)

Applications are available at Livingston Housing Authority, 100 Northside Village, Livingston, Alabama 35470. You may hand deliver or mail your application and/or Resume along with any training and certification documentation to P.O. Box 397, Livingston, AL 35470.

All qualified applicants will receive consideration for employment without regard to race, color, religion, sex, sexual orientation, gender identity, national origin, disability or veteran status.

## Livingston Lines
### Welcome home Brandon Powell

*By Claire Smith*

Thinking of those who have lost loved ones. May happy memories soon replace some of your grief. Our thoughts and prayers are with you all.

Happy birthday to those of you who have your special days this week. Have fun. Happy anniversary to those of you who are celebrating with your loved ones this week.

Violet Reed celebrated her birthday recently. Hope you had a glorious day. Violet and I have been friends for so long! She is a lovely and special lady to me. Ever since she taught me dancing, a pretty long time ago, I have admired her and loved our friendship so much.

It was wonderful to be with Madoline Thurn at church, and I am so glad she is back to her perky self. Take care, my friend, and keep on writing!

Brandon Powell is home after hip surgery in Nashville. I am so happy that my friend is doing well after being in rehab. He says that they really helped him to get over his surgery. However, Brandon said that they were not as tough as Candice is. Our Candice is pretty tough. She sure does a great job helping all of us to overcome problems. Welcome home, my child. We sure did miss you. Seems like I never see Mrs. Eleanor, but I saw her on a Sunday afternoon after church. Oh my! She looked mighty fine all dressed in her finery. I just loved your hat, my friend. She stopped and chatted with her professor for a bit. Had a phone visit with the nicest lady the other day. Mrs. Annie Lake, I am looking forward to seeing you soon. Thank you, Christine, for hooking me up with her.

Ty Gun visited with his Mimi and Papaw last week. I know he had a good time. I was so glad to see him when he got home. I was ready to see my little buddy. I enjoyed having Benjamin and Annie visit us. I went to visit the three of my babies last week.

It was great to talk to UWA and Delta Chi alumnus Lynn Pace last week. He has a promotion in his job. He is now assistant principal at Grove Hill Elementary School, where he has taught for the past fifteen years.

Tim McConnell continues to go through treatment for Lyme disease and is doing better, but his hip is a real problem. He had a procedure on it Monday. Tom is constantly saying how much Terry does for him. I am so glad Terry is always there for his brother. Praying that when you read this, that he has recuperated well after that surgery. I told him he had to do what the doctor says, so he will be ready to shake a leg come homecoming weekend. Donna and Daryl went to the big fair in Mississippi last week. Can't wait to hear about their adventures there. With those two, there are always adventures. Some disastrous, but most always the fun and enjoyment outweighs the bad. Been missing y'all. Jessie Guin enjoyed a weekend in New Orleans at a bachelorette weekend with family friends and high school friends. I know they had the biggest time, ever. Bible Schools have been held at several churches in our communities this summer. Louis and Manneal said the one at Christian Valley was really great. The First Baptist Church also held theirs recently. I heard it was a wonderful experience. The Bible School at Livingston United Church was held last weekend. It was wonderful and was directed by Christopher Dunn. Chris is the youth director, and is so energized and vivacious, and adds so much to the youth program. For sure my grandchildren, Benjamin and Annie, had a blessed weekend. This was last Saturday, and I am looking forward to seeing their performance tomorrow.

Talked to Edith and Gordon last week. They are doing well. Edith says she feels better than she has in years. That of course makes Gordon happy and makes him feel good as well.

Loved having my grandchildren visit me the past week. They brighten up my life beyond me being able to explain. I am not looking forward to school starting, because I enjoy keeping them so much. But Benjamin is looking forward to going tonight to UWA Charter School, and Annie is so excited to go to Benjamin's school. I know all the boys and girls are looking forward to getting back to school. I can never express how grateful I am to Dr. J. J. Cook Wedgworth, and her faculty and staff, along with everybody who has made this a reality for our children. And I am also grateful to Miss Kim, her faculty and staff for all they do, and have gone for our children. My great grandson, Ty, will be excited to see Mrs. Kathy, and his friends after his quarantine. Must warm you, Kathy, he may be a bit spoiled after being with Granny for a few days.

Hey Cookie, down at the cleaners, I hope you are doing well. I may be down to see you soon. Miss you. Mrs. Caryl, I want you to know you are a highlight of my life on Sundays. You are such a lovely lady. I sure miss Mrs Margie. Hope to see her soon. "Blowing out someone else's candle won't make yours brighter. Remember that."

## Of Crud and Crumbs
### Introducing city child to country life bad for the heart *(the parents', that is)*

*By Madoline Thurn*

Even after your children are adults, do you still pronounce things like they pronounced them when they were learning to talk? If you come to visit us and I'm showing you where the guest towels and things are, you will probably be instructed, "The 'ba babs' ('bath rags' - pronunciation of baby learning to talk) are on the second shelf of the linen closet."

When *Number Two was a toddler and just learning possession, he understood that if the object belonged to him, it is "mine." Well, one day he was angry at his older brother, *Number One.

He didn't want to share me. So he emphatically declared, "She is not you 'mine.'" Number One didn't understand the message and looked very perplexed. I explained, "He is explaining that I am not your mother, too; he is not sharing." Well, that for sure started a family feud.

We lived a long distance from Alabama and were making plans of a visit- to go see the kinfolks. Number Two inquired, "What is a kinfolk?" And Number Two very knowledgeably informed, "Just wait until we get to Alabama; you'll learn what a kinfolk is."

True Southern tradition, all the relatives came; it had been a long time since everybody saw everybody. At the end of the day when everybody was departing – you know the Southern farewell, "I had rather you stay a week than to rush off mad." Number Two didnt agree with that; he had met his fill of kinfolks. "I'd rather you leave mad than to stay a week." Henceforth, that's the traditional family farewell.

A short time later my sister and I were looking out the window. There was an abandoned well in the back yard, from bygone eras, that had not been filled in.

And there was Number Two, on the well curb, his entire upper half over the curb, looking into the well. Sis and I immediately almost fainted, too scared to scream. Thank goodness. His quick-thinking – and prudent – dad quietly walked up to him and firmly took him around the waist.

One of the cousins had a pony. So Number Two's dad placed him on the pony and held on to him while he rode.

The next day we visited my granddad. He had just acquired a new bull and insisted that we go to the lot to see it.

Cowboy style we leaned on the fence and admired the bull; Number Two's dad had placed him on the top rail of the fence. No warning. He jumped. Into the bull pen. "I ride pony!"

With a sigh of relief we headed for home. Occasionally we would ask Number Two, "Where does Big Mama live?"
"Yamma Damma."

It has remained thusly ever since.

*Number One and NumberTwo are names that they affectionately gave each other.

## Ward News
### Many congratulations from Ward

*By Jean Rew*

I guess everyone is experiencing this rainy weather, but Ward was fortunate to have yesterday and today (Sunday) with no rain. However, the humidity is really here!

Heartfelt sympathy is extended to the family of Edwin Sparkman whose service was held on Monday, July 12, 2021. He grew up in Sumter County and leaves many friends and family members in the county. Thoughts and prayers are with his loved ones during this time.

So happy for the Sumter County Record-Journal for winning (again!) the Freedom of Information Award at the Alabama Press Association convention held at Orange Beach recently. For the past four years the Journal has won the first place award; this is more times than any newspaper its size has won for the last twenty years. So proud of you folks!

Congratulations go out to Louis Wedgworth of Livingston for becoming World Champion at the rodeo finals in Guthrie, Okla. That's quite an accomplishment, Louis, and I know your parents and grandparents continue to celebrate with you! Also, I just know Curley and Janie Alford are smiling down on this young great-grandson!

Congratulations also go out to the 1971 Livingston University's entire football team that will be inducted into the University of West Alabama Athletics Hall of Fame on October 16. This is to celebrate the 50th anniversary of the team's National Championship. Great news, Tigers!

While I'm in the congratulations mode, I want to send my love and congrats to my great-grandson, Griffin Rew Crotwell of Birmingham, for receiving his Scuba Diving Certification on June 11. Way to go, Griffin - I'm so proud of you! While I'm on the subject of great-grandsons, Griffin and his brother Harrison returned home yesterday after attending a weeklong Boy Scout Camp in West Virginia. Haven't talked to them, but I'm looking forward to hearing about all the activities they participated in.

I just received word that Lalean Byrd of the Siloam Community is in ICU in a Jackson, Miss., hospital. Please place her on your prayer list and keep her and her family in your prayers.

Rob Dobbs of Lafayette, La., spent a few days last week with his aunt, Marion Cameron. Hope they were able to do some things other than watch the rain come down! John Cameron and grandson Cameron Shue of Dallas, Texas, are spending a while with Marion this week. Cameron, I hope you can trap some more wildlife during your stay. I understand you were quite successful when you were here several weeks ago!

Heartfelt sympathy is extended to the family of Bubba Sparks of Causeyville, Miss., who died suddenly last Thursday. Bubba grew up in Alabama, and a host of his family and friends live in Sumter County and surrounding area. He was a good man and will be sorely missed by all who knew him. Thoughts and prayers are with his loved ones during this time.

The Eternal Vision Quartet will be in concert at Siloam Baptist Church this Sunday, Aug. 1, at 10:30. Everyone is invited to come out and hear some wonderful singing. Have a good week, and send me your news, Jean, 205-392-4228.

---

# Public Notices & Classifieds

Classified and Legal Rates are 60 cents per word each week. A minimum charge of $12.00 for 20 words or less is set for every classified and legal advertisement. Display advertising is accepted at display ad rates. Mail advertisements to the Sumter County Record-Journal, P.O. Drawer B, Livingston, AL 35470; bring them to 210 South Washington St., Livingston, AL; call 205-652-6100; FAX to 205-652-6466; or email: scrjmedia@yahoo.com. DEADLINE: MONDAY AT NOON. Legals and Classifieds run for FREE on our website in addition to the paper. We also place the legal on www.alabamapublicnotices.com for no additional cost.

### PUBLIC NOTICE

IN RE: THE ESTATE OF MATTIE SHAW TIMMERMAN, deceased.

Letters Testamentary having been granted to Christopher Shaw on the 14th day of July, 2021, by the Honorable Willie Pearl Rice, Judge of Probate for Sumter County, Alabama, notice is hereby given that all persons having claims against said Estate are required to present same within the time allowed by law or the same will be barred.

Christopher Shaw, Executor
David T. Shaw
Attorney for the Executor
GRIESS, SHAW & WILLINGHAM, P.C.
315 Main Street
Post Office Box 526
Eutaw, Alabama 35462
Phone: (205) 372-9333
Fax: (205) 372-4027
3tc/7-29, 8-5, 12

### ADVERTISEMENT FOR BIDS

SEALED PROPOSALS will be received from General Contractors by University Charter School, located at 108 North Street, Livingston, AL 35470; until 2:00 PM Local Time August 24, 2021 for this project
UNIVERSITY CHARTER SCHOOL – SITE WORK PACKAGE
LIVINGSTON, ALABAMA for University Charter School (LOCALLY FUNDED)

### PUBLIC NOTICE

at which time and place they will be publicly opened and read.

A cashiers check, or bid bond payable to University Charter School in an amount not less than five (5) percent of the amount of the bid, but in no event more than $10,000, must accompany the bidder's proposal. Performance and statutory Labor and Material Payment Bonds, and insurance in compliance with requirements, will be required at the signing of the Contract.

Drawings and Specifications may be examined at the office of the Architect, GOODWYN, MILLS & CAWOOD, INC., 2400 5th Avenue South, Suite 200, Birmingham, Alabama 35233, and the office of the Construction Manager; Hall-Taylor Construction, Inc., 5126 McFarland Blvd. E., Tuscaloosa, Alabama

Bid documents may be obtained from the Construction Manager, Hall-Taylor Construction, Inc., 5126 McFarland Blvd. E., Tuscaloosa, Alabama, upon deposit of $300.00 per set, which will be refunded in full on the first two sets issued to each trade contract bidder submitting a bona fide bid, upon return of documents in good condition within ten days of bid date. Other sets for contractors, and sets for dealers, may be obtained with the same deposit, which will be refunded as above, less cost of printing, reproduction, handling, and distribution. Elec-

### PUBLIC NOTICE

tronic PDF copies of bid documents may be procured from the office of the Construction Manager free of charge. To obtain electronic PDF copies of the bid documents, contact Clay Smalley at Hall-Taylor Construction at clays@halltaylorconstruction.com.

Only General Contractors who are properly licensed in accordance with criteria established by the State Licensing Board for General Contractors under the Provision of Title 34, Chapter 8, Code of Alabama, 1975, as amended, will be considered for the Work of this project.

A PRE-BID CONFERENCE will be held at the same location as bids are to be opened, at 2:00 PM local time August 10, 2021 for the purpose of reviewing the project and answering Bidder's questions. Attendance at the Pre-Bid Conference IS HIGHLY RECOMMENDED for all General Contractor Bidders intending to submit a Proposal, and is highly recommended for Subcontractors.

Per the Owner and the Alabama Department of Revenue (ADOR), Act 2013-205, the project will be bid EXCLUDING TAXES and will require the Contractor to complete DCM Form C-3A Accounting of Sales Tax Attachment to DCM Form C-3 Proposal Form which will be submitted with the Contractors Proposal at the time of the Bid. If awarded the bid,

### PUBLIC NOTICE

both tax exempt entity and contractor shall apply for certificates of exemption. ADOR shall issue certificates of exemption from sales and use tax for each tax exempt project. Certificates shall only be issued to contractors licensed by the State Licensing Board for General Contractors or any subcontractor working under the same contract. Items eligible for exemption are building materials, construction materials and supplies and other tangibles that become part of the structure. ADOR will handle the administration of the certificates and the accounting of exempt purchases."

The Owner reserves the right to reject any or all proposals, to waive technical errors and bid process if, in their judgment, the best interest of the Owner will thereby be promoted.

University Charter School
PO Box 1053
Livingston, Alabama, 35470
GOODWYN, MILLS & CAWOOD, INC.
MEMBERS, AMERICAN INSTITUTE OF ARCHITECTS
2400 5th Avenue South, Suite 200
Birmingham, Alabama 35233
Phone: (205) 879-4462
Hall-Taylor Construction Company, Inc.
5126 McFarland Blvd. East
Tuscaloosa, Alabama 35405
Sumter County Record Journal

### PUBLIC NOTICE

Thursday, July 22, 2021
Thursday, July 29, 2021
Thursday, August 5, 2021

### AD FOR BIDS

The University of West Alabama is accepting sealed bids for reroofing Land Hall, Wilkins House and Math and Science Building Auditorium on the University of West Alabama campus. Specifications for the project can be picked up in room 227 of Webb Hall on the University campus. Deadline for submitting a bid is August 3, 2021 at 2:00 pm. A Bid Bond is required of all bidders and a Performance and Payment Bond will be required of winning bidder. Any questions can be directed to Janie Wooldridge, Director of Purchasing, at 205-652-3545
3tc/7-15, 22, 29

### STATE OF ALABAMA SUMTER COUNTY IN THE PROBATE COURT FILE NO. 2021-28

IN RE: THE ESTATE OF BI'NIYA UNIQUE MOORE, DECEASED.

NOTICE OF APPOINTMENT

Letters of Administration of said deceased having been granted to the undersigned on the 28th day of June, 2021, by the Honorable WILLIE PEARL WATKINS-RICE, Judge of

### PUBLIC NOTICE

the Probate Court of Sumter County, notice is hereby given that all persons having claims against said estate are hereby required to present same within the time allowed by law or the same will be barred.

Henry Wrenn, II Administrator of the Estate of Bi'Niya Unique Moore
109 Monroe Street
York, Alabama 36925
3tc/7-15, 22, 29

### IN THE CIRCUIT COURT OF SUMTER COUNTY, ALABAMA CASE NUMBER: DR-21-900010

IN RE: THE MARRIAGE OF DERNICE WILSON JOHNSON, PLAINTIFF,

vs.

ELGIN M. BROWN, DEFENDANT.

NOTICE OF DIVORCE ACTION

Elgin M. Brown, whose whereabouts are unknown, must answer Dernice Wilson Johnson's petition for divorce and other relief by September 12, 2021, or, thereafter a judgment by default may be rendered against him in case no. DR-21-900010, Circuit Court of Sumter County, Alabama.

Done this the 1st day of July, 2021
DeVan A. James
Circuit Clerk
4tc/7/15, 22, 29, 8/5

### CLASSIFIED Local Classifieds

DIRECTV. Call & Switch Now - Get NFL Sunday Ticket for FREE! Every Game. Every Sunday. CHOICE-All-Included Package. Over 185 Channels. $60/month (for 12 Months.) CALL 1-855-421-9994

DENTAL INSURANCE. Call Physicians Mutual Insurance Company for details. NOT just a discount plan, REAL coverage for 350 procedures. 888-608-3257 or http://www.dental50plus.com/301 Ad# 6118

DISH Network. 190+ Channels. FREE Install. FREE Hopper HD-DVR. $49.99/month (24 months) Add High Speed Internet - $14.95 (where avail.) CALL Today & SAVE 25%! 1-888-970-4932

### ALA-SCAN Classifieds statewide

### CLASSIFIED SERVICES

ADVERTISE STATEWIDE or by Region in over 100 Newspapers, reaching over 1 million readers each week! Run your ad in our Classified Network for just $210 per week! Make one call to this newspaper (participating Alascan newspaper) or call 1-800-264-7043 to find out how easy it is to advertise statewide!

ARE YOU BEHIND $10k OR MORE ON YOUR TAXES? Stop wage & bank levies, liens & audits, unfiled tax returns, payroll issues, & resolve tax debt FAST. Call 855-887-9533 (Hours: Mon-Fri 7am-5pm PST).

Did you receive a HERNIA MESH IMPLANT in 2008 or later and require a revision or removal surgery? You may be entitled to compensation. Let our legal team assist you in getting the maximum amount you deserve! Call 866-943-9202.

### CLASSIFIED

BATH & SHOWER UPDATES in as little as ONE DAY! Affordable prices - No payments for 18 months! Lifetime warranty & professional installs. Senior & Military Discounts available. Call: 833-449-1307.

LONG DISTANCE MOVING: White-Glove Service from America's Top Movers. Fully insured and bonded. Let us take the stress out of your out of state move. FREE QUOTES! Call: 844-513-0651.

SAVE UP TO 80% ON YOUR MEDICATION. Eliquis, Xarelto, Viagra, Cialis and more. Licensed and Certified. Lowest Price Guaranteed. Call 855-899-6254 and get free shipping on your first order. (Open M-F).

TRAIN ONLINE TO DO MEDICAL BILLING! Become a Medical Office Professional online at CTI! Get Trained, Certified & ready to work in months! Call: 866-475-1014. (M-F 8am-6pm ET).

### CLASSIFIED HEALTH/BEAUTY

ATTENTION OXYGEN THERAPY USERS! Inogen One G4 is capable of full 24/7 oxygen delivery. Only 2.8 pounds. FREE information kit. Call 844-322-9935.

### HELP WANTED-GOVT

JOBS AVAILABLE now with Alabama Department of Corrections. NEED NEW Flooring? Call Empire Today to schedule a Free in-home estimate on Carpeting and Flooring. Call Today! 1-888-381-0916.

### CLASSIFIED

Opportunity to earn up to $7500 in bonuses.! Competitive benefits package. Get started today! Visit adocjobs.us.

### FOR SALE

DirecTV Satellite Service starting at $59.99/month! 1 Year Price Lock! 155+ Channels available. Call Now to get the Most Sports on TV! 888-404-2087.

UPDATE YOUR HOME with Beautiful New Blinds & Shades. FREE in-home estimates make it convenient to shop from home. Professional installation. Top quality - Made in the USA. Call for free consultation. 844-809-9165. Ask about our specials!

### CLASSIFIED

Need to run a House for Sale ad? This size is only $13.10 in black and white. Email us at scrjmedia@yahoo.com or stop by the office in Livingston on 210 S. Washington St. to get yours in the next edition. Deadlines for ad, info. and payments are Mondays, so don't wait!

ALABAMA CONSTRUCTION JOBS
LEARN MORE about high demand skilled trades and construction positions. Begin your construction career with Go Build Alabama
▸ CAREER OPPORTUNITIES
▸ CONSTRUCTION TRAINING
▸ SKILLED APPRENTICESHIPS
APPLY TODAY GoBuildAl.com

Thursday, July 29, 2021    *Sumter County Record-Journal*    Page 5-A

## Obituaries

### Shirley Temple Crosby

Graveside service was held for Shirley Temple Crosby on Friday, July 23, 2021 at 12 p.m. at the Springhill Baptist Church Cemetery, Toxey, with Rev. Kenneth Bell, officiating.

On March 6, 1948, a precious little girl was born to the late Mary Lee Robinson Ray and the late Rev. Jesse Will King; stepmom the late Willie G. King; stepfather, the late Henry Ray.

Shirley was a graduate of Choctaw County Training School, Lisman, and she later attended Mobile School of Business in Mobile. Growing into womanhood, she married the late SC Crosby, and to this union two children were born. In her younger years, Shirley wore many hats. She was an assistant Sunday school teacher, choir president, and an award leader. Shirley was presented and awarded a Certificate of Recognition in May 1997, October 2002, November 2003, and July 2006. The Deep South Network in November 2005 and November 2007. Shirley was preceded in death by four brothers Jesse (Rip) Johnson, Tyrone and Dennis King, and William Philon; two sisters Eve (Evie) Lee and Amanda West. Shirley leaves to cherish her loving memories: two daughters, Pamela (Bobby) Hutton, Hiram, Ga.; Katista (Vernon) Johnson, Sr., Huntsville; five grandchildren, Amberlynn, Hiram, Ga.; Antwon Hutton, Phoenix, Ariz.; Titiana, Tiara, and Vernon, Jr., all of Huntsville; one great-granddaughter, Scyla Cowins, Hiram, Ga.; two sisters, Patricia (Willie) Causey, Butler, and Diane Rainey, Mobile; four brothers, Frank Ray, Butler; McCullin (Cynthia) Ray, Sr., McSellin (Mary) Ray, Sr. and Allen (Patricia) Ray, all of Georgia; four sisters-in-law, Dorothy Napier, Butler; Bennie DeLoach, Jachin; Vernell Everett and Christine Crosby, both of Silas, AL; two brothers-in-law, Vern Johnson, Waukegan, Ill., and Charlie Lee, Monroeville; a host of nieces, nephews, cousins, other relatives and friends. Celebration of life services were rendered by Weatherly-Stoddard Memorial Funeral Home, Butler.

### Robert L. Harris

It is with deepest sorrow that Lavender's Funeral Service announcess the passing of Mr. Robert L. Harris of Aliceville, on Tuesday, July 20, 2021. Visitation will be Friday, July 30, 2021, from 3-5 p.m at Lavender's Funeral Service. The graveside home going celebration will be Saturday, July 31, 2021, at 11 a.m. in Old Bethany Primitive Baptist Church Cemetery, 4415 Vienna River Rd., Aliceville. Rev. Johnny James Corder is the Pastor of Old Bethany P. B. Church. Rev. Quinion Prude, pastor of Providence Baptist Church, Aliceville, will be the eulogist. FOR THE HEALTH & SAFETY OF EVERYONE, MASK WEARING IS REQUIRED. SEATING WILL BE LIMITED. Lavender's Funeral Service, Aliceville, 205-373-2420, directing. Survivors are the Harris family.

### Ms. Amber Killings

Ms. Amber Killings of Coatopa entered into eternal rest July 24, 2021 in Marengo County. Graveside services will be held Saturday, July 31, 2021 at 11 a.m. from Oak Grove Cemetery Coatopa. Visitation will be held Friday, July 30, 2021 from 1-4:30 p.m. at the funeral home. Larkin and Scott Mortuary, LLC, entrusted with arrangements.

### Josephine Bigham LaGabed

Josephine Bigham LaGabed, 88, of Northport, passed away July 20, 2021, at Heritage Healthcare & Rehab. Graveside services were held 1 p.m. Saturday, July 24, 2021, at Boone Cemetery with Bro. Joe Jones officiating and Magnolia Chapel North directing.

She was preceded in death by: her mother Tommie Watson Bigham; father William Bigham; sister Emagene Bigham Johnson; and brothers Samuel, William Lee, and Infant Bigham.

Survivors include: her daughter Sherry LaGabed Phillips; grandchildren William Grady Phillips and Morgan Allyce Phillips; son-in-law James Dowell Phillips; sister Martha Rachel Rice (Clint); nephews Kenneth Rice (Mike) and Terry Rice (Jan); niece Lisa Jones (Andy).

Josephine was a loving mother and devoted "Nunny". She grew up in Samantha, attended Livingston University, and taught at Theodore High School. She dedicated her life to caring for her daughter and family. She worked 23 years at Sterilon (Seamless) Hospital Products in Fayette, and retired from Rite Aid Warehouse in Tuscaloosa. A faithful Christian, she was a Sunday school teacher at Salem Baptist Church and attended Carolwood Baptist Church.

### Michael O'Neal McCaa

It is with deepest sorrow that Lavender's Funeral Service announces the passing of Sgt. Michael O'Neal McCaa, 58, of Northport, formerly of Aliceville, on Friday, July 16, 2021 at DCH Regional Medical Center, Tuscaloosa. Visitation was Thursday, July 22, 2021 at Lavender's Funeral Service. The home going celebration was Friday, July 23, 2021, at noon at Mt. Hebron Baptist Church, 2463 Franconia Rd., Aliceville. The body lay in state in the church one hour prior to the service. Interment and military honors were in Mt. Hebron Church Cemetery. Rev. Marcus Wright, pastor of Mt. Hebron Baptist Church, was the eulogist. Lavender's Funeral Service, Aliceville, 205-373-2420, directing.

Survivors are the McCaa family.

### Hattie L. Simmons

Ms. Hattie L. Simmons of Demopolis entered into eternal rest July 22, 2021 at her residence. Graveside service will be held Friday, July 30, 2021 at 12:30 p.m. from Memorial Gardens, Hwy. 43 S., Demopolis. Visitation will be held Thursday, July 29, 2021 from 1-4:30 p.m. at the funeral home. Larkin and Scott Mortuary, LLC, entrusted with arrangements.

### William "Chilly Willy" Steele

It is with deepest sorrow that Lavender's Funeral Service announces the passing of Mr. William "Chilly Willy" Steele, 55, of Tuscaloosa, on Tuesday, July 20, 2021 at DCH Regional Medical Center, Tuscaloosa. Visitation was Saturday, July 24, 2021 p.m. at Lavender's Funeral Service. The home going celebration was Sunday, July 25, 2021, at 2 p.m. at New Canaan Baptist Church, 1105 Wilson Rd., Aliceville. The body lay in state in the church one hour prior to the service. Interment was in Magnolia Memorial Gardens Cemetery, 9654 Hwy. 14, Aliceville. Rev. Quinton Prude, pastor of Providence Baptist Church, Aliceville, was the eulogist. Lavender's Funeral Service, Aliceville, 205-373-2420, directing. Survivors are the Steele family.

### Deborah Denise Thomas

It is with deepest sorrow that Lavender's Funeral Service announces the passing of Mrs. Deborah Denise Thomas, 53, of Carrollton, on Tuesday, July 20, 2021. THERE WILL BE NO PUBLIC VISITATION. The graveside home going celebration will be Saturday, July 31, 2021, at 1 p.m. at Aliceville City Hall, 419 Memorial Parkway, Aliceville. The body of Mrs. Thomas will lie in state one hour prior to the service. Interment will be in New Cemetery, 196 Valleyview Rd., Aliceville. FOR THE HEALTH & SAFETY OF EVERYONE, MASK WEARING IS REQUIRED & SOCIAL DISTANCING WILL BE OBSERVED. Lavender's Funeral Service, Aliceville, 205-373-2420, directing.

Survivors are the Thomas family.

### Dora L. Wilson Tucker

Dora L. Wilson Tucker, 87, was born in Cuba, Ala., January 19, 1934 to the union of the late Rev. O. B. and Alice Walker Wilson. On July 17, 2021, she transitioned and entered into eternal rest at her residence surrounded by family and loved ones. She was the third child of thirteen children. At the age of 12, she confessed faith in Christ and was baptized in Zion Hill Baptist Church under the pastorate of Rev. R. H. Pack.

She attended Kinterbish High School, Cuba, and was a 1956 graduate of Stillman College, Tuscaloosa. For thirty one years, she was employed by the Sumter County Board of Education. During this tenure, she taught at Belmont, Arrington and Kinterbish Jr. High; and was also an adult education class instructor. Her extensive career as an educator expanded the minds and potential of numerous students. She was a member of the Order of Eastern Star Feria Chapter 128 where she served as worthy matron for several years. Later they were combined with Pride of York #677, worthy matron, Sister Olivia Wilson. She was vice-president of the Kinterbish District Women's Convention, later becoming president of this organization, holding this position for many years.

Service of memory and life celebration was Saturday, July 24, 2021 at 1 p.m. at Zion Hill Baptist Church, 5901 Kinterbish 10, Cuba. Pastor C. Wayne Davis delivered the eulogy and offered words of comfort and consolation. Visitation for family and friends was Friday, July 23, 2021, in the Weatherly Chapel. Interment is in Cagus Cemetery, Kinterbish 10, Cuba, Ala. Those who have preceded her in death are: her parents; three sisters Rebecca Donald, Bertha Ward and Joyce Wiley; two brothers Thomas J. and Jesse Wilson. To celebrate a beautiful life well-lived and to cherish precious memories are: a devoted and beloved sister Alberta Herlong, Lauderdale, Miss.; three children Demuce Johnson and Valayasa Caldwell, both of Cuba; and one son, Roscoe M. (Veronica) Tucker, Sr.; five stepchildren Annie (Devogia) Hughes, North Charleston, S. C., Belinda Nixon, Missouri City, Texas, Wilson (Shirley) Tucker Jr, Missouri City, Texas and Beverly Ann Jackson, Meridian, Miss.; one goddaughter Tanya (Antonio) Luke; eight grandchildren; seventeen great grandchildren; one great, great grandchild; three sisters-in-law Elizabeth Wilson, Hattiesburg, Miss., Susie Harvey, Chicago, Ill., and Joan Tucker Birmingham; a host of nieces, nephews and cousins; four special friends Martha Lawson, Lillie Willis Emma Delaine and Dorothy Delaine; along with many other friends and loved ones, who loved her, and whom she also dearly loved.

To the entire Tucker family, we at Weatherly Funeral Home offer to each of you our most sincere and heartfelt sympathy and condolences. Our prayer remains that your abiding faith in God will continue to comfort, to strengthen and sustain you during your time of bereavement. In lieu of flowers, the family requests that you send contributions to: The Sumter County Retired Educators Association - for the Dora W. Tucker Education Scholarship; P.O. Box 1396, Livingston, Ala. 35470, www.weatherlyfuneralhome.com.

### Kevin Tyre Wells

It is with deepest sorrow that Lavender's Funeral Service announces the passing of Mr. Kevin Tyre Wells, 31, of Fayetteville, N. C., at his residence on Monday, July 12, 2021. The home going celebration was Friday, July 23, 2021, at noon at Zion Valley Valley Missionary Baptist Church, 3555 Panola Pkwy. 34, Aliceville, The body of Mr. Wells lay in state in the church one hour prior to the service. Interment was in Zion Valley Church Cemetery. Rev. Marvin Washington, Pastor of Zion Valley Missionary Baptist Church was the eulogist. Lavender's Funeral Service, Aliceville, 205-373-2420, directing.

Survivors are the Wells family.



**Castrol GTX** — **LIVINGSTON Quick Lube Inc.** — TOYO

*Oil Change, Tires and Brakes*

Chris or Doug Schmidt   Hours: Monday-Friday 8-5
Ph. 205-652-7770    1124 N. Washington
Fax 205-652-7702    Livingston, Alabama 35470

WE SELL ALL MAJOR BRAND OILS

---

**Sumter County Record Journal memorial and thank you ads**
**Contact us at scrjmedia@yahoo.com for a price quote.**
The office is closed during this time. You can mail a check after you request your ad to SCRJ, PO Box B, Livingston, AL 35470, or we can email an invoice payable with a credit or debit card.
*Stay home and stay safe.*



**FREE PROSTATE CANCER SCREENINGS**

ONE IN SIX MEN WILL HAVE PROSTATE CANCER

**August 7, 2021**
**10:00 am – 2:00 pm**

SUMTER COUNTY HEALTH DEPT
1121 North Washington Street
Livingston, AL 35470

FOR MORE INFORMATION:
205-652-7972

✓ FACE MASKS REQUIRED
✓ SOCIAL DISTANCING ENFORCED

UHF — Urology Health Foundation
www.UrologyHealthFoundation.org

**West Alabama Mental Health Center**
Serving Choctaw, Greene, Hale, Marengo and Sumter Counties
www.wamhc.org
Access to Care/Emergency
1-800-239-2901

We have 11 open spots for the lowest price display ad you can get weekly in the paper.*
**Call Marsha Glenn**
**470-373-3040**
and ask for a church page ad.
*Ads are $10.50 for one 13 column x 1" put week with a 6 month run.

**TRN LW BR, LLC**
P.O. Drawer V, Livingston, AL
FAX (205)652-2267
Phone (205)652-9688


**West Alabama Bank**
Equal Housing Lender — It's your bank — 652-9636
Member FDIC   P.O. Box 969 Livingston, AL

**Gandy Funeral Home**
9807 Alabama Hwy 14
Eutaw, AL 35462
(205) 372-4493 Fax: (205) 372-0976
Always Call When One Call Does It All

**Sumter Health & Rehabilitation Center, LLC**
1505 E. 4th Avenue   York, Alabama
205-392-5281


205-373-2420
**LAVENDER'S FUNERAL SERVICE**
www.LavendersFuneralService.com
Professionally Serving Families Since 1947

**Doric South Monuments**
1460 West Jackson Street
Demopolis, AL 36732
(334)-289-3310


Your Automotive Headquarters!
• Sales • Service • Parts
**NISSAN**

**YOU SAW THIS ADVERTISING WORKS!**

## Guidelines for Submitting your Church/Community Announcements

These are free as long as there are no personal messages and the event is not being charged for (love offerings do not count). Please keep the announcement to one paragraph with who is presenting the event, what the event is, date, time, where it will be held and contact information.

**Email them to scrjmedia@yahoo.com**

The front office is closed due to COVID-19. We can not take anything over the phone due to company policy.

## Community Events

### Focus and Believe Women's Conference
Focus and Believe Women's Conference will be July 31 with registration at 9 a.m. at Gateway Community Church, 3750 Lauderdale Rd., Lauderdale, Miss. Featuring Lindy Wood, Eternal Vision, and Karie Duckworth To register find us on Facebook @believconf and for more information call or text: 205-499-6241

### Epes Day Aug. 7
Sat., Aug. 7 bring your lawn chairs and join us for the coronation of the Epes Day King and Queen at 10:30 a.m. with other events beginning at noon. This year we are raffling a 50" TV and a 6000 BTU window air conditioner. Activities include bingo, live music, games for children, and local crafts, and some of the best food in Sumter County will be available for your enjoyment.

### Tuscaloosa VA Medical Center 2nd Annual Caregiver Summit
The Tuscaloosa VA Medical Center Caregiver Support Program (CSP) will host the 2nd Annual Caregiver Summit on Aug. 3, from 8 a.m.-12 p.m. The Caregiver Summit will be held both in-person in our Building 4 Auditorium and available virtually via Microsoft Teams. The theme of this year's Caregiver Summit is "Inclusive Care: Empowering & Engaging Caregivers as Partners in Care". Presentations will include representatives from the Elizabeth Dole Foundation, National Caregiving Alliance, Tuscaloosa VA Medical Center, University of Alabama School of Social Work, Alabama Chapter- Alzheimer's Association. This is a free event, but registration is required. Registration: Email Kristen.hill4@va.gov or call 205-554-2000 ext. 3144. The Tuscaloosa VA anticipates offering a total of 4 Continuing Education Credits (CEU) through joint accreditation for ACCME, ANCC, APA, ASWB, ASHA and CDR. Learn more about the VA Caregiver Support National Program by visiting www.caregiver.va.gov or contact your care team.

### Black Belt Birding Festival
Alabama Audubon has announced plans to host a first-of-its-kind event, a festival celebrating the birds of the Black Belt on Sat., Aug. 7, in Greensboro. Highlighting the birds, history, and culture of Alabama's Black Belt region, the first annual Black Belt Birding Festival is the newest public offering from the storied conservation nonprofit's Black Belt Birding Initiative, a program aimed at bringing the economic benefits of ecotourism to this stretch of rural Alabama. Find out more at alaudubon.org.

### Outdoor Alabama Photo Contest Opens August 2
The 2022 Outdoor Alabama Photo Contest will begin accepting entries on Aug. 2. This year's contest is a joint project between the Alabama Dept. of Conservation and Natural Resources (ADCNR) and the Alabama Tourism Dept. The deadline to enter is Oct. 31. The 2022 photo contest will focus on traditional photography techniques and the use of handheld cameras. No cellphone, smartphone, game camera, or drone photography will be chosen as winning photos for nine of the 10 categories. Smartphone and tablet photos will be accepted in the Young Photographers category. The photo contest is open to state residents and visitors alike, but qualifying photos must have been taken in Alabama in the past two years. Any amateur photographer not employed by ADCNR is encouraged to enter. A total of eight photos per person may be entered in the following categories. You may enter all eight in one category or among several categories. 2022 Outdoor Alabama Photo Contest Categories: Alabama State Parks; Birds; Bugs and Butterflies; Cold-blooded Critters; Nature-Based Recreation; Scenic; Shoots and Roots; Sweet Home Alabama; Wildlife; Young Photographers (ages 17 and under.) First, second, third and one honorable mention will be awarded in each category. Winning images will be featured online and in an exhibit traveling to various venues across the state during 2022. Art teachers are encouraged to incorporate participation in the Young Photographers category into their art instruction this fall. An exhibit of the 2021 winning photos will be on display at the Johnson Center for the Arts, 300 E. Walnut St., in Troy, Alabama, from Aug. 11-Sept. 11. For complete 2022 category descriptions and contest rules, visit www.outdooralabama.com/outdoor-alabama-photo-contest.

### Moundville Archaeological Park's Saturday in the Park
UA's Moundville Archaeological Park's Saturday in the Park returns this summer to provide a series of demonstrations and presentations related to Native American culture, archaeology, natural history, sustainable gardening and more. The July 31 event will feature archaeology and artifact identification with Bill Allen. Saturday in the Park takes place each Saturday from 11 a.m. to 3 p.m. For more information, visit the Moundville Archaeological Park website.

## Townsend Community Review

### Three night revival at Union Chapel C. M. E. Church

*By Linda Robinson*

On Wed., July 14-Fri., July 16 at 7 p.m., nightly, the three night revival service was held at Union Chapel C. M. E. Church. Ward. Rev. Joyce McCoy is pastor. Guest Evangelist was Rev. Robert Dees. Services were very inspiring and uplifting. Rev. Dees preached a spiritual revival. I was told I missed a great revival service. July 2021 was an enjoyable month for Pastor Joyce McCoy and the Union Chapel C. M. E. Church family. The month began, July 5-7, with Vacation Bible School, which was awesome. Then annual Homecoming was July 11 and three nights Revival Service July 14-July 16. July 18, the Sunday morning worship service special guests were Rev. Dr. Linda DeLaine and Darrell Jones. Sun., July 25, some of the church members traveled to share in an anniversary. I will try to have the pastor and church for next week's article. "Tell Me Who Is In Charge?" "Jesus."

Happy birthday and belated happy birthday to Louise Wilson and Alice Taylor 7/16; Jalisa Thomas on 7/18; Rev. James Campbell 7/20; Shelia Thomas, Destinee Price "Dee" 7/22; Freddie M. Tarvin 7/23; Crystal Brown Anderson "Poo", Danny Rodgers 7/25; Makhylie Coleman on 7/26; Jeanette Ingram "Lil" 7/28; Rodger Collins, Horis Drish, Mrs. Susie Brown 7/29, Emma Lawson "Tiny", Margaret Cole 7/30; LaVel Prioleau 7/31; Ann Rodger 8/1; Jenny Oliver, Se Deryka Allen 8/2; Mrs Mary McInnis on 8/4; Jarvis Billingsley and Jardaraus Billingsley, Manilyn Watkins 8/5; Kasey 8/6. "Making a friend take a Moment, Being a Friend Takes a Life Time." First week of birthday, my son Jeremy and his daughter little Miss Callie celebrated birthdays on 8/1.

In loving memory of Mrs. Mrs. Louise Zachary Reynolds who would have celebrated a birthday on 7/28. She will always be remembered by her family and friends the Gospel SunRise families. In loving memory of Marvin De Leon Washington who passed this earthly day on 7/30 and John Henry Townsend on 7/28. Gone and never forgotten by family and friends. In loving memories of Ronnie Ray Brown who passed on 7/29. In loving memory of Mrs. Gracie Barnes who would have celebrated a birthday 8/6. Gone and always remember by her family and friends. Bessie Duke and Jenny, I'm thinking of you. Take care. Wishing everyone happiness peace and joy. Take time and enjoy yourself. Stay safe and wear your mask. "Have Faith If No More Than A Mustard Seed. Keep the Faith!"

**York Elderly Apartments**
Facilities for Persons Age 62 and Over
Highway 17 North, York, AL
392-5291/800-669-977 /TDD 800-927-9275

**DIRKS CONSTRUCTION, INC**
Eugene Dirks and Sons
RESIDENTIAL BUILDING AND ELECTRICAL WORK
(205) 499-1228


25000 AL Highway 28 Demopolis, AL
Office: 334.289.3100
Fax 334.289.3165
Serving West Alabama AND East Mississippi Since 1964

**SOUTHWEST PAPER SALES INC.**
Kelly Stephens, President
P.O. Box 360 • Livingston, AL

**Gaddy Electric & Plumbing**
145 Industrial Park Drive
Demopolis, AL
334-289-2822

**M&M Market**
39329 AL Hwy 17 ~ Emelle, AL 35459
205-455-2820
*Join us for lunch after church*

**LEGACY HOSPICE OF THE EAST**
344 Franklin Avenue
251.843.5355
Serving Sumter, Greene, Perry, Choctaw, Marengo, Clarke, & Washington counties.

**McInnis Mortuary**
Mary R. and Eric J. McInnis, Owners
Livingston   Eutaw
(205) 652-9138   (205) 372-9328

**Livingston Auto Parts**
Bumper to Bumper
111 S. Washington St.
Livingston, AL 35470
205-652-2516

**Bumpers Funeral Home**
Hwy. 11 South York 392-5081
24 Hour Info Line 392-9777

**DID YOU KNOW?**
Across the globe, more than 24 billion newspapers are published every year.
If you read this, so did your potential customers.
**Advertising works**

---

# LOCAL CHURCHES

Need a church announcement in the paper? Email it to scrjmedia@yahoo.com, fax to 205-652-4466 or bring it by 210 S. Washington St. in Livingston. No announcements will be taken over the phone. Due to space constraints, SCRJ will no longer be running church phone numbers in the paper.

**BELLAMY**
Morning Star Baptist Church
Rev. Micheal Howard, pastor
Friendship Baptist Church
Pastor: Rev. Melvia Lard
Lambkin Memorial Church, Bellamy
Rev. Randy Price, pastor
Word of Life Church
Rev. Russell Hardy, pastor

**BELMONT**
Mt. Carmel Baptist Church
Belmont, Rev. Wesley Winston
Old Belmont Baptist Church
Belmont
Palestine Baptist Church
Rev. Willie Evans, pastor

**BOYD**
Haddens Presbyterian Church
Bro. Mike Spence, pastor
Old Mt Olive PBC
Rev. Dewayne Charleston
Shiloh Zion Baptist Church
Minister Edmond Bell, pastor
Central Chapel P. B. Church
Rev. Greg Watkins, pastor
Greater Mt. Olive Primitive Baptist Church,
Bro. Robert Burton, Pastor 652-1121

**COATOPA**
Christian Valley Missionary Baptist Church
Willie A. West, pastor
Christian Valley Baptist Church
Rev. Wayne Smith, pastor
Bethel Pine Baptist Church
Rev. Floyd O. Bell, pastor
Brewerville United Methodist Church
Pastor Chris Walker
Dog Hill Primitive Baptist Church
Rev. John H. Wright, pastor
Mt. Pleasant Baptist Church

Rev. Tommy C. Brown
Mt. Tabor Baptist Church
Rev. James McDonald, pastor
Oak Grove Baptist Church
Rev. Willie J. Ivory, Sr.
**CUBA**
Full Gospel Holiness Church
Elder Houston Brown, Pastor
Grant's Chapel Methodist Church
Rev. Isa Banks, Jr.
Cuba Presbyterian Church
Rev. Chris Kirye, pastor
Cuba Baptist Church
Rev. Mike McKee, pastor
Mt. Olive Baptist Church
Rev. C. L. Walt, pastor
Zion Hill Missionary Baptist Church
Rev. Christopher Wayne Davis
Morning Star Baptist Church
Rev. Willie D. Wilson, pastor
Cuba Church of God in Christ
Rev. Willie Sealy, pastor
Pine Grove Baptist Church
Willie D. Burton, pastor 392-7311
Mt. Zion Baptist Church
Rev. Willie Harrison
God United Spiritual Kingdom
Evangelist Katie Lake
Church of God Holiness
Ed. Tatum, Pastor
Praise Nation Worship Center
Rev. Dwayne Watson, Pastor
**EMELLE**
Sun Light Baptist Church
Rev. Derric Jones, pastor
Brown's Chapel Baptist
Church   New James Baptist Church
Rev. Coley Rogers, pastor
Mary Winston Baptist Church
Rev. Leon R. Fitch, pastor
Jerusalem Baptist Church
Rev. Henry J. Rush, 601-743-3044

St. Peter Baptist Church
Rev. Herman Evans, Jr.
West Union Baptist Church
Rev. D. Crockett, pastor
Mt. Zion Baptist Church
**EPES**
Cedar Grove Presbyterian Church
Rev. Tim Craddock, pastor
New Mt. Nebo Primitive Baptist Church
Rev. L. C. Eatman pastor
Miller Hill Baptist Church
Rev. Samuel Gulley, pastor
Epes Baptist Church
Epes Methodist Church
Rev. Ray Boyd, pastor, 652-6564
Epes First Baptist Church
Rev. Chris Holcombe
Jones Creek Baptist Church
Rev. John Meeks, pastor
**GAINESVILLE**
Antioch Witness Church
Rev. Glenn Harris, Sr., pastor
Gainesville Presbyterian Church
Rev. Carl Suddath, pastor
Gainesville Baptist Church
Rev. Carl Suddath, pastor
St. Alban's Episcopal Church
Father Richard R. Losch
Gainesville Methodist Church
Rev. Carl Suddath, pastor
Spring Valley Baptist Church
Rev. Johnny McDonald, 652-2473
Antioch Baptist Church
Rev. James Fry, Sr.
New Bethel Baptist Church
Rev. Dr Frank D. Rogers
First Baptist Church of Gainesville
Rev. Demetrius Williams, pastor
**GEIGER**
Southern Star Missionable Church

Min Alan Nichols, 205-652-2687; Msa Derek Koehn 601-917-4100
Soul Chapel United Methodist
Rev. Tommy Wilson, pastor
Geiger United Methodist Church
Wilson Kendrick, Jr, pastor, 455-2687
New Mt. Calvary Baptist Church
455-2101
Pastor Gerry "Chre" Parker, pastor
**LIVINGSTON**
Word of Life Church
Russell H. Hardy, pastor
First Baptist Church of Livingston
Rev. Charlie Moore
Johnson Baptist Church
Rev. Samuel Harris, pastor
Livingston First Baptist Church
Rev. Thomas Fletcher, pastor 652-2512
St. James Episcopal Church
Father Richard R. Losch
St. Francis of Assisi Catholic Church
Rev. Larry Shinnick
In Abundance Tabernacle of Deliverance
Pastor Juanita Lard
First Presbyterian Church, Livingston
Dr Lesley Ann Earles
www.firstpresblivingston.org
Livingston Church of God
Joe Bristow, pastor, 205-310-7286
Livingston Church of Christ
Br. Jack White, pastor
Livingston United Methodist Church
Living Word Church
Pastor Byron P. Franklin, Sr.
New Prospect Baptist Church

Rev. Felix Jones, pastor
Morning Star Baptist Church
Rev. Tyrone Thomas, pastor
Pine Grove Baptist Church
Rev. Kenney Sims, pastor
Shady Grove Baptist Church
Rev. John Powell, pastor
Mt. Nebo Primitive Baptist Church
Elder L. C. Eatman, pastor
Mt. Pilgrim Primitive Baptist Church
Rev. Greg Watkins, pastor
Shiloh Baptist Church
Rev. D. Crockett, pastor 652-2710
Mt. Zion A. M. E. Zion Church
Rev. Shirley Martin pastor
Faith Christian Center, Inc.
Pastor Percy L. Crume, 652-4934
Westly Chapel C.M.E.
Rev. Roberta Dees, pastor
Brewerville UMC
Rev. Daryl Roberts
**PANOLA**
Zion Valley Baptist Church
Rev. Marvin Earl Washington, pastor
Mt. Pleasant Baptist Church
Rev. Douglas Newton
Rome CME Church
Rev. Willie Flemming
Mt. Tabor Baptist Church
Rev. John Meeks, pastor
Greater Salem A.M.E. Zion Church
Rev. Arthur Gilliam, III, pastor
Galilee Baptist Church
Rev. B. Nelson Little
St. John Baptist Church
Rev. James A. Maddox
Panola United Methodist Church
Pastor Tim Alexander
**SILOAM**
Siloam Baptist Church
Pastor Brad Campbell, 652-7949
**SUMTERVILLE**

Sumterville Baptist Church
Rev. Drew Ramsay
Bethel Presbyterian Church
Rev. Drew Ramsay
Sumterville Missionary Baptist Church
Rev. Ben T. Broaden, pastor
**YORK**
The Pentecostal Church of God
Elder Fred Sommerville, Jr., pastor
First Baptist Church of York
Rev. Jonathan Byrd, III
Wesley Chapel CME
Rev. Clarence Luckas
Rocks Chapel Baptist Church
Rev. Albert Pinsawood, pastor
Smith Chapel Baptist Church
Rev. Richard Wilson, pastor
Present Help Christian Assembly
Pastor Gregory Chism
Fourth Creek Missionary Baptist Church
Rev. Mitchell Carter
Mt. Powell Baptist Church
Rev. Wesley Winston, pastor
205-392-7544
York Baptist Church
Rev. Leon Ballard, pastor, 392-4876
Trueview Fellowship Church
Rev. Willie Davis, pastor, 392-7994
York Church of Christ
York
First Pentecostal Church
Rev. Jimmy Barmore, pastor, 392-4205
Covenant Presbyterian Church
Rev. Gent Aldridge, pastor, York
Mount Harmon Baptist Church
Rev. W. J. Sims, pastor
York United Methodist Church
Rev. Darryl Roberts, 392-4801
Hidden Baptist Church
Rev. Ronald Chaney, pastor

New Hope Baptist Church
Rev. A. C. Washington, Sr., pastor, 392-4536
Oak Grove Baptist Church
Rev. P. S. Jenkins, pastor
Mt. Pleasant Baptist Church
Rev James Patrick Granger, Jr.
Eastern Star Baptist Church
Rev. Charles Delaine, pastor, 392-9680
Mt. Zion
Rev. E.L. Charleston
Lillies Chapel A. M. E. Zion
Rev. Lester M. Crue, pastor
Grant's Chapel C.M.E.
Rev. Paul Holt, Pastor
Apostolic Outreach Center
Vernon McGrew, pastor, 392-7511
Abundant Life Church
Cornith Robinson, pastor
York Primitive Baptist Church
Minister Lona Thomas, pastor
**WARD**
Gaston Valley Baptist
Rev. L.C. Knighten, pastor
Saint Matthew Baptist
Pastor Author Graham
Union Chapel C.M.E. Church
Ward Baptist Church
St. John Baptist Church
Rev. Doc Petra Lockan,392-4799
Cohan Chapel Methodist Church
Rev. Lyle Meador
**WHITFIELD**
Black's Bluff Missionary Baptist Church
Al Smith, pastor
Ebenezer Missionary Baptist Church
Christopher Holcombe, pastor
**KINTERBISH**
Beulah Baptist Church
**OTHER**
Firebrands For Christ Ministries, Inc. Pastors Richard and Lucinda White



## Nationional Society of Collegiate Scholars inducts Alexis D. Townsend into membership



**Alexis D. Townsend**

Alexis D. Townsend of Ward, has accepted an invitation of lifetime membership in The National Society of Collegiate Scholars (NSCS), the nation's leading certified honor society for high-achieving first- and second-year college students with a minimum of a 3.0 GPA. NSCS is an honors organization that invites less than ten percent of all eligible students nationwide to join the ranks of its diverse membership each year. A leading interdisciplinary academic honor society, NSCS is made up of scholars from two-year, four-year and online institutions.

"NSCS is more than just a symbol of academic achievement; it is a distinction of honor," said Scott Mobley, NSCS Executive Director. "Our scholars are some of the best of the best who have shown an unwavering commitment to academic excellence early in their collegiate journey. These dynamic individuals embody the NSCS pillars of scholarship, leadership, and service, and many go on to become active contributors within their respective fields. NSCS members' deep commitment to service, integrity, and scholarship positively impact their campuses and local communities every day. We welcome Alexis D. Townsend to our community of like-minded, high-achieving nationwide scholars."

### 2021 Jazmin Mitchell Basketball Camp Cont... from 1-A









## Round and About Bellamy
### "Peace can come if we respond with a gentle answer"

*By Jeanette Ingram*

"Lord, the world around us is sometimes so dark that it is difficult to see Your power and goodness. Thank You for the reminders that the darkness does not and will not last forever. Help us wait with great expectation for the day when we will see You on Your throne."

Sending birthday wishes to: my granddaughter Jasmine Dubose, grandson Kendarius Ingram, my sister Geneva Ingram, Stephanie Maye, Sammy Lewis, Vakita Nelson, Deloise C. Spencer, Romon Dubose, Angela Jonen Finch, Alfred Guccie Hale, Gloria Dunigan, Jackie Weatherly, Monuque Tensley, Donald, Wright, Demitrius Giles, Jarod Brown, Roscoe Tucker, Mary N. Ridley, Armando Crockett, Darnell Dial, Michael Washington, Teleshay I. Hall, Curtis Morris, Niecey Lee, Brenda E. Walker, Archie Rowe, Jarme Walker, Eunice Triggs, Lizzie Dubose, Demetrish Jenes, Tommy T. Jackson, Kendrick Graham, Edward Bell, mother Dorne Watkins, Vanesa Payne, Rev. Melvin Lard, Katrice Lody, Ashley Johnson, Cowboy Perryman, Rowney Law, II, Horace Drish, Maretta Campbell, Monica Finch, Emma Lawson, Tyrone Payne, Teratha Nook Maye, Katie Jackson, Terence Brown, James Washington, Keith Dubose, Marquitha Jenkins, William Mack, Michael Moss, Roger Collins, Alice Sturdivani, Melba A. Chipley, Quentin Watkins, Franchester Jenkins, Yolanda Dawson, Shelia Newton, Wetha Rutland.

In loving memory of: Winston Dubose, Sr., Joan Giliepe, Ethel Lee, Bobby Loyd. Gone, but not forgotten.

Happy anniversary to: Albert and Pearlie Maye, Tracy and Sherry O'Banner, Joyce Paige in loving memory of Aldophus Moss.

Pastor Michael Howard and members of Morning Star M. B. Church visit the sick and shut in. What a blessed time we had to God be the glory.

Another good Sunday school lesson, "Esther goes before the king," Esther 4:6-17, 5:1-2. Understanding that as God's people, we sometimes are put in desperate situations beyond our control. Remembering that when we feel desperate or helpless, we will never go wrong by turning to the Lord. We know the Lord and to always have hope in Him. Even in the most desperate situations.

Bellamy community sends heartfelt sympathy to the families of: Burrell, Killings, Hutchins, Hudson/Harris, Spencer/Bias, Jones, Delaine, and all bereaved families.

Still praying for our brothers and sisters: Brenda Brown Lee, Jimmy Vawters, Lydia Greer, Mattie T. Russell, Henry Evans, Larry Ruffia, Prince Evans, Dec. Leroy and Diana Brown, Tori Wiley, Mary J. Ward, Norman Ruffin, Linda Pearce, Steve Lewis, Ruby Jackson, Jona E. Moses, Eleanor Randolph, Mae R. Evans, Bridget Ward, Birdie Wilson, Connie Dick Finely, Carrie Branch, Minnie Bradford, Betty and Pat Moore, Augusta Rogers, Minnie Dunigan, Pastor Michael and Marilyn Howard, Rosie Gibson, Marie Green, Percy Hale, Rev. Jimmy Johnson, Elizabeth Noble, Lillie Dunn, Woodrow Campbell, Rev. John and Dorothy Wright, Emma Whitfield, Rev John and Lela Powell, Alex Spencer, Eunice Triggs, Bessie Sims, Carrie Graham, Tina H. Brown, Kayla Garcia, Juanita Watts, Rev. Tyrone Thomas, James and Durnetha Moore, Dernice Johnson, Dorothy Scott, Min. Lillie Crockett, Min. Melissa Wood, Joan Sheffield, Vicky Jenkins, Mary M. Maye, James and Kenneth Ingram, Robert Lee, Rev. Marcus and Delose Lawrence, Brenda Carter, Carmon Lawrence, Elmer Stallings and family, Emma Clark, Lorenzo Brown, II, Teresa Maye, Bernice Blakely, Beresa Glover, Susie Alston, Laura Graves, Willie Dunnie Watson, Raymond Paige, Dorothy Moore, Annie H May, Chunnie Matthews, Rose Harris, Mattie Chaney, Mary Gunn, Cecil and Nancy Ratcliff, Min. Melvin Epps, II, Josephine Webster, Eddie M. Beville, Min. Curtis and Merendy Matthews, Sarah Delaine, Paul Collins, Dorothy C. Lake, Lucinda Farmer, Gwen Lard, Rev. James and Shirley McDonald, Min. Anthony and Clydessa Pearce, Alex and Dora Campbell, A. Dean Delaine, Mildred Evans, Rev. Wesley and Thelma Winson, Aldonia Smith, Min. Durrell and Patricia Jones, Callie Childer, Carlo and Faye Wade, Floa Alston, Sarah Williams, Margie Simmons, Rev. Mitchell and Doretha Carter, Rev. Charles and Mattie Delaine, Rose Wrenn, Bill Coleman, Evie Wrenn, JOyce Paige, Rev. Melvin and Leola Lard, Wanda Amerson, Ruby Moss, Rev. Robert and Veronica Pearce, Rev. Ronald and Janice Chaney, Rose and Roosevelt Giles, Rev. Edward and Gloria Culbert, Vincent "Skeet" Lawrence, Wendell and Min. Mary Grant, Ketty Meeks, Frankie Hines, Gerald and Ann Chambless, Dorne Watkins, Russell and Mose Wimberly, Althistine Gerald, Rev. Richard and Olivia Wilson, Rev. Jonathan and Shirley Byrd, R. C. and Betty Drummond, Cassandra Vawters, Maxine Donald, Mary McInnis and family, Lizzie Donald, Mary McInnis and family, Lzzie Dubose, Louise Alexander, Robert Curry, Emestine Whitley, Irene Lee, Eunice Norwood, Ella Connor, Rollie Lake, Rev. Tommy and Eleanor Brown, Hattie Wright, Julius Vawters, Donald Wright, Narciss Ward, and to all sick and shut in. Continue to pray for our children and one another. Check on the elderly. If you have any church events, birthdays or anniversaries call me at 205-609-7744.

"Peace can come if we respond with a gentle answer."



### Swap Your Subscription from Out of County/Out of State to the Web Edition *and save MONEY*, and get your paper EARLY on Wednesday evenings, before the printed edition even reaches the stands



**U.S. Postal Service announces steep postage rate hikes**
*From National Newspaper Association*

The United States Postal Service today announced a planned adjustment of postage rates as of August 29, 2021, for the public and commercial mail users. For community newspapers using Periodicals mail to reach readers, the average rate increase will be nearly 9%. The First-Class Stamp will move from 55 to 58 cents.

The rate increase is part of a new USPS business plan that also includes a weakening of service standards for mail that is moving across the country.

The proposed new rates must be reviewed by the Postal Regulatory Commission, but the PRC has already granted USPS the authority to eliminate an inflation-based price cap on rates. It gave USPS a new set of parameters that allows it to charge more for mail that remains in the postal system while digital technology provides new competition for delivery of messages and advertising.

Brett Wesner, chair of National Newspaper Association and president of Wesner Publications, Cordell, Okla., said the rate announcement was grim news for community newspapers that have been fielding months of complaints that subscribers are not receiving their copies on time.

"Nothing about this scenario is good," Wesner said. "These increases will require many newspapers to increase subscription prices to cover this new cost and readers will think we have lost our minds to charge more when USPS cannot get the paper to so many on time. But times are tough in our world. We have to pay these bills.

"The increase in the stamp cost will be felt most in a rural economy. People in small towns across America send checks through the mail to pay their bills. The stamp goes up and delivery goes down. I fear that just as economic hopes have started to rise for people returning to work, faith in the Postal Service's ability to serve the nation will put a damper on commercial activity for many of us."

**YES! Swap me over!**
Web editions come Wednesday evenings at 6:30 p.m. central time to your email. Click the link and read the pdf in your web browser.
Name on Account:_____
Address to: _____ paper _____ was _____ formerly _____ mailed
_____
Email Address:_____
Or you can email your information to scrjmedia@yahoo.com. Be sure to let us know that you want to swap your account with the above info. *Want to purchase an online account?* Visit us at www.recordjournal.net and click on *subscribe*. You don't need a Paypal account to pay. Use your regular credit/debit card and choose guest check out. Web editions are the same price as in county subscriptions, $43.00 annually, no matter where you live!

**TEXTILE MILLS ASBESTOS CLAIMS**

If you began working in a Textile Mill, Tire Plant, Paper Mill, Steel Mill or any other industrial setting before 1980: You may have a claim against the asbestos manufacturers.

Call now for your free evaluation.
1-(888)432-6020

---

**1 OUT OF 10 ELDERLY PERSONS AND ADULTS WITH DISABILITIES ARE BEING: Abused, Neglected or Exploited**

If you suspect this is happening to someone you know, please report it to Adult Protective Services by contacting your local DHR office or calling the ADULT ABUSE HOTLINE at 1-800-458-7214

**HELP STOP THE ABUSE IF YOU SEE IT, REPORT IT**




ADULT PROTECTIVE SERVICES
There's no excuse for ELDER ABUSE



