FILED
2022 Feb-28 AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

# NOTICE OF REMOVAL

# Exhibit "F"



# New Mt Calvary Baptist Church

40 J T Watt Road, Geiger, AL 35459
Church Phone: (205) 455-2003
**Pastor Gerry C. Parker**
Minister Myrtle R. Page & Minister Elizabeth Robinson, Associate Ministers

Call to Worship..................................................................Pastor Parker
Responsive Reading.....................................Pastor & Congregation
Devotion......."*Angels of the Calvary*".....Sis. Vanessa Payne, Sis. Tameka Kirkland, Sis. Cassandra Payne, & Sis. Sharon Payne Davis
Songs....................................................................................Choir
Giving of our Tithes/Offerings & Benevolent.................Deacons/Ushers
Announcement & Recognition of Visitors..............Sis. Georgia Campbell

# Black History Program

Sunday, February 24, 2019
Program Coordinator: Sis. Vanessa Payne
Theme: "The Power to Shape Our Future"
Scripture: *Behold I give unto you power to tread on serpents and scorpions, and over all the power of the enemy: and nothing shall by any means hurt you. (Luke 10:19)*

Welcome
Occasion................................................................Gerry "*CJ*" Parker
Song....................................................................................Choir
Poem.............................................................................Kaliyah Ward
Recitations...........Harold Page Jr., Jaelin King, Bailey Davis, & Ja'Niyah Fuller
Poem/Song.................................................................Braylon Davis
Recitations.................................................Briana and Bryan Woodard Jr.
Song...............................................................................Tameka Kirkland
Highlights of History......................................................Vanessa Payne
Song..............................................................................Spiritual Four
Open
Hymn of Preparation
Message.........................................................................Pastor Parker
Invitation to Discipleship
Remarks/Benediction

# New Mt. Calvary Missionary Baptist Church

40 J T Watt Road
Geiger, AL 35459
Church phone: 205-455-2003

Under Guidance and Leadership of
**Pastor Gerry C. Parker**
Minister Myrtle Ruth Page & Minister Elizabeth Robinson, Associate Ministers

Theme:

# FAITH OVER FEAR

Scripture: "For God hath not given us the spirit of fear; but of power, and of love, and of a sound mind." (2 Timothy 1:7)

Sunday, September 23, 2018
2:00 p.m.
Minister Harold Truman, Guest Speaker
Sis. Katina Meeks, Program Sponsor/Youth Director



# New Mt. Calvary Missionary Baptist Church

40 J T Watt Road
Geiger, AL 35459
Church phone: 205-455-2003
Under Guidance and Leadership of
Pastor Gerry C. Parker
Minister Myrtle Ruth Page, Associate Minister

## Mother's Day Program

Sunday, May 13, 2018
Sis. Vanessa Payne, Program Sponsor

**Theme:**

## A Mother's Influence

**Scripture:** *"When I call to remembrance the unfeigned faith that is in thee which dwelt first in thy grandmother Lois and thy mother Eunice; and I am persuaded that in thee also.* (2 Timothy 1:5)

## Order of Service

*"Can a woman forget her sucking child, that she should not have compassion on the son of her womb? Yea, they may forget, yet will I not forget thee."* Isaiah 49:15

Call to Worship........Pastor Parker
Devotion........Youth
Songs (2)........Choir
Giving of our Tithes/Offerings & Benevolent........Deacons/Ushers
Announcement & Recognition of Visitors........Sis. Georgia Campbell
Song........Choir

--------Mother's Day Program--------

Welcome........Dec. Hubert Little

Occasion........Dec. Lorrzell Adams

Song........Choir

Poem........Sis. Kaliyah Ward

Praise Dance........Sis. Carla Green and Sis. Kaylee Little

Recitations........Briana Woodard, Bro. Harold Page, Bro Jaelin King, Bryan Woodard, & Bro. Braylon Davis

Poem........Bro. Cedric Gordon

Open

Song........Choir

Message........Pastor Parker

Invitation to Discipleship
Remarks........Pastor Parker
Benediction

# New Mt. Calvary Missionary Baptist Church

40 J T Watt Road
Geiger, AL 35459
Church phone: 205-455-2003
Under Guidance and Leadership of
**Pastor Gerry C. Parker**
Minister Myrtle Ruth Page, Associate Minister

## Black History Program

Sunday, February 25, 2018
Sis. Vanessa Payne, Program Coordinator
Bro. Javon "J.T." Payne, Master of Ceremony

**Theme:** "We have been buked and scorned, but thank God we made it!"

**Scripture:** "My brethren, count it all joy when ye fall into divers temptations; Knowing this, that the trying of your faith worketh patience." (James 1:2-3)

*Teach one, Reach one*

In 1926 Carter G. Woodson initiated Black History Month to raise awareness and acknowledge the accomplishments and influential experiences of black men and women.

"We must remember Black History in order that we will not repeat!"