FILED
2022 Feb-28  AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## NOTICE OF REMOVAL

# Exhibit "G"





 Linda Payne Boyd



**Friends**
383 friends

See All Friends

 Vanessa Payne
 Shar M. Payne
 Freddie Williams

 Bo Payne
 Cassandra Payne
 Sharon Payne Davis

 Effell Williams
 Brenda Carlisle
 Tredajah Jenkins

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Facebook © 2021

Linda Payne Boyd
March 10




Bo Payne is with Linda Payne Boyd and 5 others.
March 10

Wonderful Wednesday!! Aunt Tootie/Minster Paige wanted to sit outside today n checked the mailbox while she was sitting out enjoying the beautiful day!! God is awesome!! She inspires me more than she will ever know!!

14            5 Comments

Like       Comment       Share

View 4 more comments

 Bertha Jackson