FILED
2022 Feb-28  AM 10:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

## NOTICE OF REMOVAL

# Exhibit "I"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES BOYD, as Administrator and/or Personal Representative of the Estate of Linda Ann Boyd, deceased; HAROLD TRUMAN PAGE, as Administrator and/or Personal Representative of the Estate of Myrtle Ruth Payne-Page, deceased; FEDERICK PAYNE, individually;  Plaintiffs,  v.  WYATT D. DAVIS, individually; SENIOR MOVING COMPANY, INC., A Foreign For Profit Corporation;  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. _____ ) ) ) ) ) ) ) ) |

## CONSENT TO REMOVAL

**COMES NOW** the undersigned counsel, on behalf of Defendant, Wyatt D. Davis, and hereby provides notice of consent to the removal of this action from the Circuit Court of Greene County, Alabama (CV-2022—900006) to the United States District Court for the Northern District of Alabama, Western Division.

Dated: February 4, 2022.

Respectfully submitted,

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
Attorneys for Defendant, WYATT D. DAVIS

BY: /s/ H. Benjamin Mullen
H. BENJAMIN MULLEN
(MULLH3638)

BRYAN, NELSON, SCHROEDER,
CASTIGLIOLA & BANAHAN, PLLC
Attorneys at Law
P.O. Drawer 1529
Pascagoula, MS 39568-1529
Telephone: 228-762-6631
Fax: 228-769-6392
ben@bnscb.com

2