UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JAMES BOYD, as Administrator and/or Personal Representative of the Estate of Linda Ann Boyd, deceased, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WYATT D. DAVIS, *et al.*, <br><br> Defendants. | Case No. 7:22-cv-256-GMB |

## **ORDER**

Before the court are two unopposed motions to remand. Docs. 8 & 10. Defendant Senior Moving Company, Inc. removed the complaint to this court based on diversity jurisdiction, but upon further investigation the parties agree that jurisdiction does not exist because one of the decedents and Defendant Wyatt Davis are both citizens of Mississippi. *See* Doc. 10 at 1–2; *see also* Doc. 8. Accordingly, the motions (Docs. 8 & 10) are GRANTED and this case is REMANDED to the Circuit Court of Greene County, Alabama.

DONE and ORDERED on March 25, 2022.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE